```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
                "CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4/5/11
             Filed:  08/28/02
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (550) Prisoner - Civil Rights
                     42 USC 1983
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  In Forma Pauperis
          Trial by:
```

```
Parties of Record:                         Counsel of Record:

PLF 1.1          DAVIS, CHARLIE J. JR.       Thomas A. Matthews
                                             Matthews & Zahare
                                             431 W. 7th Avenue, Suite 207
                                             Anchorage, AK 99501
                                             907-276-1516
                                             FAX 907-276-8955

DEF 1.1          HYDEN, ZELMER               Marilyn J. Kamm
                                             Attorney General's Office
                                             POB 110300
                                             Juneau, AK 99811-0300
                                             907-465-3428
                                             FAX 907-465-4043

DEF 2.1      [T] DOE, J.                     No counsel found for this party!

DEF 2.2          HENRY, MEL                  Marilyn J. Kamm
                                             (see above)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
                              "CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4/5/11
             Filed:  08/28/02
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (550) Prisoner - Civil Rights
                     42 USC 1983
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  In Forma Pauperis
          Trial by:


Document #   Filed      Docket text

     1 -  1  08/28/02   Application to proceed without prepayment of fees w/att exhs.

     2 -  1  08/28/02   Complaint filed.

     3 -  1  09/04/02   JKS Order granting appl to proceed w/out prepayment of fees (1-1); def
                        allowed to make monthly payments. cc: cnsl, Palmer Correctional Center,
                        J. Bodick, Finance

     4 -  1  09/05/02   JKS Order directing service and response; plf shall complete svc w/in
                        120 days of filing of cmplt; plf to complete sums forms for DEF1 and
                        DEF2 and return to clerk for issuance; plf to send issued sums and 285
                        forms to USM for svc; clk to send cy of this order, cmplt and summons
                        once issued to J. Bodick (AAG); AAG has 21 days from svc of order to
                        file appear and notice of defs addresses to USM; defs have 30 days after
                        date of svc by USM to file ans; case referred to MJ Roberts per MJ Rule
                        4, 5, and 11. cc: cnsl, MJ Roberts, PSLC, USM

  NOTE -  1  10/01/02   Issued: Summons re DEF 1-2.

     5 -  1  10/04/02   ZZZ 1 motion to vacate order directing service and response.

     6 -  1  10/30/02   JDR Order denying motion to vacate order directing service and response
                        (5-1). cc: cnsl

     7 -  1  11/06/02   ZZZ 1 Notice of addresses of DEF 1 has been given to USM.

     8 -  1  11/18/02   USM Return of svc unexecuted as to DEF 2.

     9 -  1  11/27/02   JDR Minute Order re summons as to def J. Doe returned unexecuted;
                        clerk to mail a cy of Form 285 & supplemental summons to pltf; pltf to
                        complete & mail compelted 285 to USM & mail completed supplemental
                        summons to clerk for issuance, clerk to forward issued summons to USM
                        for service; pltf has until 2/6/03 to provide name for service of J. Doe
                        def to USM otherwise def may be stricken; J. Bodick w/AAG shall file a
                        notice by 12/6/02 w/name of the present Medical Director. cc: cnsl, AAG

  NOTE -  2  12/05/02   Issued: Supp Summons re D2 (original forwarded to USM)

ACRS: R_VDSDX                   As of 12/01/05 at 3:03 PM by GARRY                        Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
                       "CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

                                  For all filing dates


 Document #    Filed       Docket text

     10 -  1   12/05/02    ZZZ 1 Notice re address & name of medical director.

     11 -  1   12/20/02    USM Return of Service of summons & complaint on Mel Henry executed
                           12/11/02.

     12 -  1   12/20/02    USM Return of service re summons & complaint on Zelmer Hyden returned
                           unclaimed.

     13 -  1   01/02/03    JDR Minute Order re clerk to mail cy of #9 & #10 to pltf @ 3101 Flyway,
                           Anch, AK 99516; pltf to file a change of address w/the clerk of crt,
                           failure of which could lead to dsmssl of action. cc: cnsl

     14 -  1   01/08/03    DEF 2 Attorney Appearance of J. Bodick (AAG-407).

     15 -  1   01/08/03    DEF 2 Answer to Complaint.

   NOTE -  3   01/13/03    Re-Issued: Summons re D1.

     16 -  1   01/13/03    JDR Order re clerk to re-issue summons to def Zelmer Hyden & forward to
                           USM w/a complete 285, cy of complaint; USM to personally serve; answer
                           due 30 dyas after service. cc: cnsl, USM

     17 -  1   01/23/03    USM Return of svc of summons re: DEF 1 on 1/17/03.

     18 -  1   01/23/03    DEF 1 Attorney Appearance of John Bodick ( AAG-407).

     19 -  1   01/23/03    DEF 1 Answer to Complaint.

     20 -  1   01/27/03    JDR Minute Order re S&P Conf set for 2/6/03 at 9:30 a.m. cc: cnsl

     21 -  1   02/06/03    JDR Court Minutes [ECR: Caroline Edmiston] re S&P Conf hld 2/6/03; def's
                           mot to dsimss &/or mot for SJ due 3/6/03; oppo due 4/7/03; reply due
                           4/22/03. cc: cnsl

     22 -  1   03/05/03    DEF 1-2 motion to dismiss.

     23 -  1   04/14/03    WITHDRAWN PER DKT 34: Initial R&R re: DEF 1-2 motion to dismiss (22-1);
                           recommended be granted; Objections due NOON 04/28/03. Reply due NOON
                           05/05/03. cc: cnsl, Judge Singleton

     24 -  1   04/28/03    PLF 1 opposition to DEF 1-2 motion to dismiss (22-1).

     25 -  1   05/02/03    JDR Minute Order staying time for objections & replies to the crt's R&R
                           re motion to dismiss (22-1); status hrg re representation Of Mr. Davis
                           set for 5/23/03 at 9:30 a.m. cc: cnsl

     26 -  1   05/28/03    JDR Court Minutes [ECR: Denali Elmore] of stat hrg re: representation of
                           Mr. Davis (held 5/23/03); crt appointed pro bono cnsl to represent plf'
                           crt stated response to mot to dismiss will be disregarded; appointed
                           cnsl to file entry of appearance; oppo to mot to dismiss due 30 days
                           from entry of appearance.   cc: cnsl, PSLC

     27 -  1   05/29/03    JDR Order granting plaintiff's request for assistance in securing cnsl;
                           Clerk to send copies of the docket & record to William Cotton @ AK Pro
                           Bono Program who shall find a volunteer atty to represent pltf & notify
                           the crt & pltf when & if cnsl is secured. cc: cnsl, AK Pro Bono Program
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
                            "CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

                                         For all filing dates


 Document #    Filed      Docket text

    28 -  1   06/02/03    JDR Minute Order re setting aside the Initial R&R fld at 23-2 re def's
                          motion to dismiss (22-1); upon the filing of an appearance by pro bono
                          cnsl; said cnsl shall have 30 days to file a response to the mot to dmss
                          fld at 22-1; reply shall be due 10 days thereafter. cc: cnsl

    29 -  1   09/09/03    PLF 1 Attorney Appearance of Thomas A. Matthews.

    30 -  1   09/11/03    JDR Minute Order re pltf's response to mot to dsmss (22-1) due 10/10;
                          reply due 10/20. cc: cnsl

    31 -  1   10/09/03    PLF 1; DEF 1-2 Stipulation for extension of time; oppo to mot to dismiss
                          due 10/24/03; reply to mot to dismiss due 11/03/03.

    31 -  2   10/15/03    JDR Order granting stipulation for extension of time re ddlns (31-1);
                          pltf's oppo to mot to dsmss due 10/24/03; def's reply due 11/3/03. cc:
                          cnsl

    32 -  1   10/24/03    PLF 1 opposition to DEF 1-2 motion to dismiss (22-1).

    33 -  1   10/24/03    PLF 1 motion to file attached amended complaint w/att memo.

    34 -  1   03/25/04    JDR Minute Order granting motion to file attached amended complaint
                          (33-1); clerk to fiel said attached amended complaint; R&R (23-1) is
                          w/drawn; plf's amended complaint fails to list all of the def's; the use
                          of "et al" is unacceptable in the style of a complaint; plf to file
                          corrected amended complaint by COB 4/9/04.  cc: cnsl

    35 -  1   03/25/04    PLF 1 Complaint (Amended) (incomplete case caption).

    36 -  1   03/26/04    JKS Minute Order denying as moot motion to dismiss (22-1).  cc: cnsl

    37 -  1   04/06/04    PLF 1 Notice of filing corrected amended complaint.

    38 -  1   04/06/04    PLF 1 Complaint (Amended).

    39 -  1   04/16/04    DEF 1-2 Answer to Amended Complaint.

    40 -  1   06/07/04    DEF 1-2; ZZZ 1 Attorney Substitution of M. Kamm (AAG-JUNEAU).

    41 -  1   08/19/04    JDR Minute Order scheduling and planning conf is set for 9/8/04 at 9:30
                          a.m. before MJ Roberts.  cc: cnsl

    42 -  1   08/26/04    DEF 1-2 motion for leave to participate telephonically in scheduling &
                          planning conf.

    43 -  1   08/27/04    JDR Order granting motion for leave to participate telephonically in
                          scheduling & planning conf (42-1).  cc: cnsl

    44 -  1   08/30/04    PLF 1 non-opposition to DEF 1-2 motion for leave to participate
                          telephonically in scheduling & planning conf (42-1).

    45 -  1   09/09/04    JDR Court Minutes [ECR: Linda Christensen] S&P conf held 9/8/04. Court
                          set the following dates: Original discovery 06/08/05; Dispositive
                          motions deadline 08/11/05. Amended complaint/adding parties and
                          tentative wit lists including expert witnesses due 1/13/05.   cc: cnsl


ACRS: R_VDSDX                     As of 12/01/05 at 3:03 PM by GARRY                        Page 3
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
"CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 08/08/05 | DEF 1-2 Unopposed motion for ext of time in which to file dispositive motions. |
| 46 - 2 | 08/08/05 | RRB Order granting unopposed motion for ext of time in which to file dispositive motions (46-1) & setting the following dates: Dispositive motions deadline 11/11/05. cc: cnsl |
| 47 - 1 | 08/31/05 | DEF 1-2 motion to dismiss w/att exhs & aff. |
| 48 - 1 | 09/06/05 | DEF 1-2 Notice of filing original signature page o McGinty's affidavit re: DEF 1-2 motion to dismiss (47-1) w/att page. |
| 49 - 1 | 09/08/05 | DEF 1-2 Witness List . |
| 50 - 1 | 09/09/05 | PLF 1 Preliminary Witness List. |
| 51 - 1 | 09/16/05 | PLF 1 Stipulation for ext of time to 9/26 to file oppo to mot t dismiss. |
| 51 - 2 | 09/19/05 | JKS Order granting stipulation for ext of time to 9/26/05 to file oppo to mot to dismiss (51-1). cc: cnsl |
| 52 - 1 | 09/23/05 | PLF 1; DEF 1-2 Stipulation for ext of time until 10/3/05 for plf to file oppo to mot to dismiss. |
| 52 - 2 | 09/26/05 | JDR Order approving stip for ext of time until 10/3/05 for plf to file oppo to mot to dismiss (52-1). cc: cnsl |
| 53 - 1 | 10/03/05 | PLF 1 opposition to DEF 1-2 motion to dismiss (47-1) w/att exhs. |
| 54 - 1 | 10/11/05 | PLF 1 Notice of filing original aff in support of plf's oppo re: DEF 1-2 motion to dismiss (47-1) w/att aff. |
| 55 - 1 | 10/12/05 | PLF 1; DEF 1-2 Stipulation for ext of time to 10/24 to file reply to oppo to mot to dismiss. |
| 55 - 2 | 10/14/05 | JDR Order granting stipulation for ext of time to 10/24 to file reply to oppo to mot to dismiss (55-1). cc: cnsl |
| 56 - 1 | 10/24/05 | PLF 1; DEF 1-2 Stipulation for ext of time to 10/31 to reply to oppo to mot to dismiss. |
| 56 - 2 | 10/26/05 | JDR Order granting stipulation for ext of time to 10/31 to reply to oppo to mot to dismis (56-1). cc: cnsl |
| 57 - 1 | 11/01/05 | DEF 1-2 motion for leave to file late reply to motion to dismiss w/att reply. |
| 58 - 1 | 11/02/05 | JDR Order granting motion for leave to file late reply to motion to dismiss (57-1). cc: cnsl |
| 59 - 1 | 11/02/05 | DEF 1-2 reply to opposition to DEF 1-2 motion to dismiss (47-1) w/att aff. |
| 60 - 1 | 11/07/05 | DEF 1-2 Notice of filing orig signature pg of Dr. Luban's aff re: DEF 1-2 motion to dismiss (47-1). |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A02-0214--CV (JKS)
                      "CHARLIE J. DAVIS JR V ZELMER HYDEN ET AL"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 61 - 1 | 11/18/05 | PLF 1; DEF 1-2 Stipulation for ext of time for flg dispositive motions. |
| 62 - 1 | 11/21/05 | Initial R&R re: DEF 1-2 motion to dismiss (47-1); Recommended be denied; Objections due 12/08/05. Reply due 12/22/05. cc: cnsl, Judge Singleton |
| 63 - 1 | 11/21/05 | JDR Order granting stipulation for ext of time for flg dispositive motions (61-1) & setting the following dates: Dispositive motions deadline 02/11/06. cc: cnsl |