FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4: 08

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ZELMER HYDEN, et al., | ) ) |
| Defendants. | ) ) |
| | ) Case No. A02-0214 CV (JKS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Charlie J. Davis, through counsel Matthews & Zahare, P.C., moves the court for a 15-day extension of time to file his response to Defendants' Objections to Report and Recommendation at Docket 62. His response is currently due December 22, 2005. If the motion is granted, Plaintiff's response will be due on January 6, 2006. This motion is unopposed and supported by the accompanying affidavit of counsel.

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

NonOpp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTime.doc



65   1 of 2

DATED this 13th day of December 2005 at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Plaintiff Davis

By: _____
Thomas L. Hause
Alaska Bar No. 9311076

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on December 13 2005 a copy of the foregoing was ■mailed/☐hand-delivered to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

_____
Shirley Kelly, PLS

Non0pp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTime.doc

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ZELMER HYDEN, et al., | ) ) |
| Defendants. | ) ) ) Case No. A02-0214 CV (JKS) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF TIME**

| | |
|---|---|
| STATE OF ALASKA | ) |
|  | )ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, Thomas L. Hause, being duly sworn upon oath, depose and state as follows:

1. I am an attorney with the law firm of Matthews & Zahare, P.C., counsel for Plaintiff Charlie J. Davis in the above-captioned matter. I have actual knowledge of the matters stated herein.

Aff. of Counsel in Support of Non0pp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTimeAff.doc

1 of 2

2. Plaintiff's response to Defendants Objections to Report and Recommendation at Docket 62 is currently due on December 22, 2005.

3. Thomas A. Matthews, the attorney responsible for this matter, is out of the country on vacation with his family. He is anticipated to return to the office on January 2, 2006. For this reason, Plaintiff respectfully requests that the Court grant an extension of time until January 6, 2006 for Plaintiff to file his response to Defendants Objections to Report and Recommendation at Docket 62.

4. On December 12, 2005, I spoke telephonically with Marilyn J. Kamm, counsel for Defendants, and advised that Mr. Matthews was out of the country. Ms. Kamm indicated that as a professional courtesy, she would not oppose this motion.

Date: 12/13/05

Thomas L. Hause
Alaska Bar No. 9311076

Subscribed and sworn to before me this 13th day of December 2005 at Anchorage, Alaska.



Shirley Kelly
Notary Public for Alaska
My commission expires: 9-18-08

Aff. of Counsel in Support of NonOpp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTimeAff.doc

2 of 2