DEC 1 3 2005

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

**FILED**

DEC 1 4 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZELMER HYDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A02-0214 CV (JKS) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time and finding good cause therefore,

IT IS HEREBY ORDERED that the motion is granted. Plaintiff's response to Defendants' Objections to Report and Recommendation at Docket 62 shall be due on January 6, 2006.

Date: Dec 14, 2005

John D. Roberts
**JOHN D. ROBERTS**
**U.S. Magistrate Judge**

A02-0214--CV (JKS)   am   12/14/05

H. KAMM (AC-JUNEAU)
T. MATTHEWS

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

CERTIFICATE OF SERVICE
I certify that on December 13th 2005 a copy of the foregoing was ☒mailed/☐hand-delivered to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

*Shirley Kelly, PLS*
Shirley Kelly, PLS

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Order Re: Non0pp to Mtn for Ext of Time
*Davis v. Hyden, et. al.* / A02-0214 CV (JKS)
TLH:sk\103-2\UnoppMtnExtTimeORd.doc

2 of 2