Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516/Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charles J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0214 CV (JKS) |
| ) | |
| ZELMER HYDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties stipulate and agree to extend the deadline for the filing of dispositive motions to April 3, 2006.

|  | Currently Due | Requested Extension |
|---|---|---|
| Dispositive Motion Deadline | 02/10/06 | 04/03/06 |

MATTHEWS & ZAHARE, P.C.
Lawyers for Plaintiff Charles J. Davis, Jr.

Dated: 02/06/06                    By: s/Thomas A. Matthews
                                   Thomas A. Matthews, ABA 8511179
                                   Matthews & Zahare, P.C.
                                   431 West 7th Ave., Suite 207
                                   Anchorage, Alaska 99501
                                   Phone: (907) 276-1516
                                   Fax: (907) 276-8955
                                   tom.matthews@matthewszahare.com

ASSISTANT ATTORNEY GENERAL
State of Alaska, Dept. of Law
Counsel for Defendants

Dated: 02/06/06                By s/Marilyn J. Kamm (consent)
                                    Marilyn Kamm, ABA: 7911105
                                    Assistant Attorney General
                                    Criminal Division Central Office
                                    P.O. Box 110300
                                    Juneau, AK 99811
                                    Phone: (907) 465-3428
                                    Fax:  (907) 465-4043
                                    Marilyn_kamm@law.state.ak.us

CERTIFICATE OF SERVICE

I certify that on 6th day of February 2006
a copy of the foregoing document was
served by mail on:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811


s/Thomas A. Matthews


Stipulation for Extension of Time
*Davis v. Hyden, et. al.*, Case No.:  A02-0214 CV (JKS)
TAM:jlw\103-2\StipExtDispMtnsStipExtDispMtns
     Page 2 of  2