Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ZELMER HYDEN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A02-0214 CV (JKS) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

IT IS HEREBY ORDERED that the parties agree to extend the deadline for the filing of dispositive motions from February 10, 2006 until April 3, 2006.

DATED this ____ day of February, 2006 at Anchorage, Alaska.

_____
James K. Singleton
United States District Judge

CERTIFICATE OF SERVICE

I certify that on 6th day of February 2006
a copy of the foregoing (Proposed) Order
was served by mail on:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811


s/Thomas A. Matthews _____

Proposed Order Granting Extension of Time (Disp. Mtn Ext.)
*Davis v. Hyden, et. al.*, Case No.:  A02-0214 CV (JKS)
TAM:jlw\103-2\OrdStipExtTimeDispMtns                                                                                          Page 2 of  2