Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZELMAR HYDEN, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. A02-214 CV (JKS) |

PROPOSED ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

It is hereby ordered that the parties agree to extend the deadline for the filing of dispositive motions from April 3, 2006 until April 17, 2006.

Dated:_____

_____
James K. Singleton
United States District Judge

Proposed Order Granting Extension of Time
*Davis v. Hyden*, Case No. A02-214 CV (JKS)
Page 1 of 2

CERTIFICATE OF SERVICE

I certify that on the 22nd day of March, 2006,
A copy of the foregoing (Proposed) Order was served
Electronically on Thomas A. Matthews, Esq., Counsel
For plaintiff Charlie Davis, Jr.

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us