Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ZELMAR HYDEN, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Case No. A02-214 CV (JKS) |

STIPULATION FOR EXTENSION OF TIME

The parties stipulate and agree to extend the deadline for the filing of

dispositive motions to May 15, 2006:

|  | Currently due | Requested Extension |
|---|---|---|
| Dispositive Motion Deadline | 04/17/06 | 05/15/06 |

MATTHEWS & ZAHARE, P.C.
Lawyers for Charlie J. Davis, Jr.

Dated:__4/17/06_____      By: s/Thomas A. Matthews_____
Thomas A. Matthews
Alaska Bar No. 8511179
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207

Stipulation for Extension of Time
*Davis v. Hyden, et al*, Case No. A02-0214 CV (JKS)
Page 1 of  2

Anchorage, Alaska  99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Tom.matthews@;matthewszahare.com


DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Lawyers for Defendants


Dated:  4/17/06_____     By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


I certify that on the 17th day of
April , 2006, a copy of the foregoing
Document was served electronically on:

Thomas Matthews
Matthews & Zahare
431 W. 7th Ave, Suite 207
Anchorage, AK  99501

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


Stipulation for Extension of Time
*Davis v. Hyden, et a*l, Case No. A02-0214 CV (JKS)
Page 2 of  2