Thomas A. Matthews, ABA No. 8511179
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. A02-0214 CV (JKS) |
| ) | |
| ZELMER HYDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO REOPEN OR EXTEND DISCOVERY
AND TO COMPEL PRODUCTION OF DOCUMENTS
AND ATTENDANCE OF WITNESS AT DEPOSITION**

Plaintiff Charlie Davis, through undersigned counsel, moves this court for an order extending discovery to allow additional document requests, and an additional deposition of witness Roger Hale. This motion is made because the need for this additional discovery was just discovered during depositions of the defendants, recently completed on April 28 and 29, 2006.

This motion is supported by the attached memorandum, affidavit and exhibits.

DATED this 19th day of May 2006, at Anchorage, Alaska.

                                                MATTHEWS & ZAHARE, P.C.
                                                Counsel for Plaintiff Davis

                                                By:  s/ Thomas A. Matthews
                                                   Thomas A. Matthews, ABA No. 8511179
                                                   431 West 7th Ave., Suite 207
                                                   Anchorage, Alaska 99501
                                                   Phone: (907) 276-1516
                                                   Facsimile: (907) 276-8955
                                                   tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on 19th day of May 2006
a copy of the foregoing document was
served by electronic mailing to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811


s/Thomas A. Matthews

Motion to Reopen or Extend Discovery
*Davis v. Hyden, et. al.*, Case No.: A02-0214 CV (JKS)
TAM:jlw\103-2\MtnToExtDiscovery.doc                                                      Page 2 of 2