# EXHIBIT INDEX
## (Motion to Reopen/Extend Discovery)

*Davis vs. Hyden, et al.*
Case No. A-02-0214 CV

1. Affidavit of Thomas A. Matthews
2. Letter to John Bodick, Esq., dated 10/27/03
3. Defendants' Discovery Responses, dated 1/14/05 (Hyden Depo Exh. 2)
4. Plaintiff's Discovery Responses, dated 4/29/06
5. Plaintiff's Second Discovery Requests, dated 4/12/05
6. Plaintiff's Discovery Responses, dated 5/8/06
7. E-mail to Marilyn Kamm, dated 3/30/05
8. Hyden Deposition Excerpts: pp. 6, 15, 16, 29-30, 49-50, 60, 71.
9. Henry Deposition Excerpts: pp. 12, 13-14, 16, 21-22, 26-27, 28-29, 30-33.
10. Grievance Appeal (Henry Depo. Exhibit 1)
11. Org. Chart (Hyden Depo. Exhibit 1).
12. Luban Depo Excerpts: pp. 11-12, 14-16, 24-27.
13. Letter from Thomas A. Matthews, dated 5/12/06
14. Discovery Requests, dated 5/12/06
15. Deposition Notice, dated 5/12/06
16. Marilyn Kamm Letter, dated 5/15/06
17. E-mail Chain, dated 3/30/05-4/6/05
18. Marilyn Kamm letter, dated 5/27/05

Exhibit Index – Motion to Reopen/Extend Discovery
*Davis vs. Hyden, et al.,* Case No. A02-214 CV
TAM:jlw\103-2\EXHIBIT INDEX.doc                                          Page 1