10/27

# MATTHEWS & ZAHARE, P.C.

**Attorneys At Law**

431 West 7th Avenue ● Suite 207 ● Anchorage, Alaska 99501
TELEPHONE: (907) 276-1516 ● FACSIMILE: (907) 276-8955

Thomas A. Matthews
Direct Dial (907) 276-2962
TOM.MATTHEWS@MATTHEWSZAHARE.COM

Thomas A. Matthews
A. Michael Zahare
———
Thomas L. Hause

*Of Counsel*
Kenneth G. Schoolcraft, Jr.

*Paralegal*
Melodie J. Nicholson

October 27, 2003

John K. Bodick, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
310 K Street, Suite 407
Anchorage, AK 99501- 5993

RE:    *Charlie Davis vs. Zelmer Hyden, et al.*
Our File No.  103-2

Dear John:

I write to request your cooperation in providing me copies of Department of Corrections files concerning my client, Charlie Davis. At the appropriate time, I can submit a request for production if necessary, but I wanted to make the request informally now.

I would like to obtain a complete copy of all medical records, testing records, or any other records relating to medications dispensed to or withheld from Mr. Davis during his incarceration. If the records are separately maintained for each facility, I would ask you obtain the records from both Palmer Correctional Center, and the Juneau Correctional Facility.

Second, I would like to obtain a copy of all files relating to grievances filed by or on behalf of Mr. Davis, along with all files relating to appeals of such grievances.

Third, I would like to see a copy of Mr. Davis' commitment file, however that is titled.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me.

Very truly yours,

MATTHEWS & ZAHARE, P.C.

Thomas A. Matthew

TAM:jlw\103-2\Bodick-jlt
cc:  Charlie Davis

Exhibit 2
Page 1 of 2

# STATE OF ALASKA

**FRANK H. MURKOWSKI,
GOVERNOR**

Criminal Division Central Office -
Anchorage
310 K Street, Suite 507
Anchorage, Alaska 99501

### DEPARTMENT OF LAW
*CRIMINAL DIVISION*

**Phone:**     (907) 269-6379
**Fax:**      (907) 269-6305

November 10, 2003

**RECEIVED**

MATTHEWS & ZAHARE

NOV 1 7 2003

Thomas A. Matthews
Matthews & Zahare
431 West 7th Avenue, Suite 207
Anchorage, AK 99501

File No. 103.2
Atty Tom
Approved to File
*Oug cnv to
reo to pay*

Re: Davis v. Hyden, et al., A02-0214 CV(JKS)

Dear Tom:

Pursuant to your request, enclosed please find copies of Charlie Davis' medical (1-208) and institutional files (209-284). The files should include copies of all grievances. Please remit a check made out to the State of Alaska in the amount of $27.50 for copying costs.

Sincerely,

GREGG D. RENKES
Attorney General

By: _____
John K. Bodick
Assistant Attorney General

*(left margin, vertical text):* Suborie v received of institutional files from app of core

**DOCUMENTS REMOVED TO FILE**

*(bottom left, vertical):* cc: Charlie Davis 11/04/03

Exhibit 2
Page 2 of 2