Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

RECEIVED
MATTHEWS & ZAHARE
MAY 0 8 2006
File No. 103-2
Atty THM

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

CHARLIE J. DAVIS, JR.,        )
                              )
         Plaintiff,           )
                              )
    vs.                       )
                              )
ZELMAR HYDEN, ET AL.,         )
                              )
         Defendants.          )
_____)  Case No. A02-214 CV (JKS)

RESPONSES TO SECOND DISCOVERY REQUESTS

Request for Production No. 6: Please produce a copy of all prisoner transfer forms (Section 807.17(E)) prepared for Charlie Davis.

Response: See medical records previously produced. Copies of all prisoner transfer forms would be in that file.

Request for Production No. 7: Please produce a copy of all health appraisals (Section 807.14) prepared for Charlie Davis.

Response to Second Discovery Requests
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 1 of 3.

Exhibit 6
Page 1 of 3

Response: See medical records previously produced. Copies of all prisoner health appraisals would be in that file.

Request for Production No. 8: Please produce a copy of all requests for medical care (Form 807.02(A)) submitted by, on behalf of, or relating to any medical care for Charlie Davis.

Response: See medical records previously produced. Copies of all requests for medical care would be in that file.

Request for Production No. 9: Please produce a copy of all health care administration and staff meeting minutes where medical monitoring of inmates with heart conditions was discussed during the period from January 1, 1995, through December 31, 2002.

Response: There are none.

Request for Production No. 10. Please identify each and every fact which support your denial of Request for Admission Nos. 1 through 36 which you failed to unequivocally admit. Please identify each and every fact which supports your denial.

Response: : Defendants object to the form of the question because it is not a proper request for production. Defendants also object to the interrogatory because many of defendants' responses referred the plaintiff to documents and it is his burden to review them for the information he seeks. See defendants' objections to the Requests for Admission. See the depositions of defendants regarding the denial of R/A 8 & 9. See the deposition of Dr. Luban regarding the denial of R/A 10, 16, 18,

Response to Second Discovery Requests
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 2 of 3.

Exhibit 6
Page 2 of 3

19, 20, 22, 23, 24, 25 & 36. See the medical records and all depositions regarding denial of R/A 26. See response to Interrogatory #1 for denial of R/A 29.

Request for Production No. 11: Please identify how many inmates have had defibrillator implants while passing through the custody and control of the Palmer Correction (sic) Center during the years 1999 through 2002.

Response: Objection to request insofar as it would require defendants to review each inmate's medical file to determine if the inmate had a defibrillator implant. The burden and expense of this discovery far outweighs any benefit to plaintiff.

Request for Production No. 12: Please identify each and every step taken to assure proper functioning of Mr. Davis' defibrillator implant during his incarceration at Palmer Correctional Center.

Response: Copies of an inmate's request to check his defibrillator, and the response to his request, would be in his medical files.

Dated this 8th day of May, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Marilyn Kamm
Assistant Attorney General

I certify that on May 8, 2006, I mailed and faxed
a true copy of the foregoing with first class postage to:

Thomas Matthews
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

*[signature]*
Marilyn J. Kamm

Response to Second Discovery Requests
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 3 of 3.

Exhibit 6
Page 3 of 3

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043