

Palmer Correctional Center Staffing — October 8, 2002