Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| ZELMER HYDEN, et al., | ) ) ) |
| Defendants. | ) ) ) Case No. A02-0214 CV (JKS) |

**PLAINTIFF'S THIRD SET OF REQUEST FOR PRODUCTION
TO DEFENDANTS**

Plaintiff Charlie Davis, , through counsel of record, Matthews & Zahare, P.C., and pursuant to Rules 26, 33 and 36 of the Federal Rules of Civil Procedure, submits the following second set of requests for production to be answered in writing under oath, within thirty (30) days from the date of service thereof.

**REQUEST FOR PRODUCTION**

These requests for production are deemed to be continuing and in the event new information covered by these requests for production becomes known to Defendants on a date subsequent to the time answers are posed, additional information must be supplied forthwith. These requests for production seek

Exhibit 14
Page 1 of 6

information known to Defendants, their attorney, or any other person consulted in conjunction with the prosecution of this litigation. Plaintiff further gives notice that Defendants shall be required to make reasonable inquiry and set forth all the information as is available to them in answering each request for production separately and fully unless objected to, in which event they shall set forth a specific reason for their objection.

## INTRODUCTION AND EXPLANATION

1. The term "document" as used herein includes all manner of written, typed, printed, reproduced, filed, electronically or magnetically stored, or recorded material, and all photographs, pictures, videotapes, films, plans or other representations of any kind or anything pertaining in any way, directly or indirectly, in whole or in part, to the subject matter of each request, and the term includes, but is not limited to, the following:

(a) All papers, books, journals, ledgers, statements, memoranda, reports, studies, invoices, forms, worksheets, work papers, notes, notebooks, transcriptions of notes, letters, correspondence, abstracts, checks, diagrams, plans, blueprints, specifications, pictures, drawings, tapes, films, video tapes, photographs, graphic representations, diaries, calendars, lists, logs, publications, instruments, minutes, orders, purchase orders, messages, electronic mail, resumes, summaries, agreements, contracts, telegrams, telexes, cables, facsimiles, recordings, computer files or databases, or any other form of communications, no matter how recorded or reproduced, as well as all notations on any of the foregoing;

(b) originals, all file copies, and all other copies of any of the foregoing; and

(c) all drafts and notes (whether typed, handwritten, or otherwise) made or prepared in connection with such documents, whether used or not.

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

3rd Set of Request for Production to Defendants
*Davis v. Hyden, et. al.*, / A02-0214 CV (JKS)
TAM:jlw/103-2/3rdRFP-jds                                            2 of 6

Exhibit 14
Page 2 of 6

2. Documents to be produced shall include all documents wherever located in the possession, custody, or control of you, your agents, your attorneys, consultants, accountants, or other persons retained by or representing you.

3. If any document is withheld under claim of privilege or exemption, furnish a list identifying each document for which the privilege or exemption is claimed, together with the following information:

    (a) Its title, and if it has no title, its subject matter;

    (b) the date of origin;

    (c) the author or addressors;

    (d) the addressees;

    (e) the recipients of all copies;

    (f) the basis upon which the privilege or exemption is claimed; and

    (g) the name, address and telephone number of the custodian of the document and/or copies thereof.

4. If any document was, but is no longer in your possession, custody or control, state:

    (a) The disposition of the document;

    (b) the date upon which such disposition was made;

    (c) the identity and address of the present custodian of the document or, if it no longer exists, so state;

    (d) the person(s) who made the decision to dispose of the document;

    (e) the reason for the disposition; and

    (f) a description of the document and disposition of the contents of the document.

5. The following term applies to this request for production:

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

3rd Set of Request for Production to Defendants
*Davis v. Hyden, et. al.*, / A02-0214 CV (JKS)
TAM:jlw/103-2/3rdRFP-jds

3 of 6

Exhibit 14
Page 3 of 6

"Person" means any individual, public or private corporation, political subdivision, government agency, municipality, industry, partnership, association, firm, trust, estate, or any other entity or organization.

6. As to the manner of production, Plaintiff specifies that the documents shall be produced separately for each numbered item or category listed below and that the documents produced shall be labeled with exhibit numbers which correspond to this request such that said response will accurately show the production of documents or absence thereof for each numbered item or category.

7. These discovery requests shall be continuing in nature up to and including the time of trial. Any information or documents not now known or not now in the control of the responding party must be produced as soon as such information or documents become known or come within the control of Defendants.

**Request For Production No. 13**: Please produce copies of all documents relating to Defendants' consideration of Plaintiff Charlie Davis' grievance and grievance appeal. This request specifically includes, but is not limited to, copies of staff meeting minutes at PCC and Medical Advisory Committee meeting minutes, notes, emails, and communications of any kind.

**Response**:

**Request for Production No. 14**: Please produce copies of all daily staff meeting minutes for Palmer Correctional Center for the period of April 22, 2002 through October 23, 2002.

**Response**:

**Request for Production No. 15**: Please produce copies of all Medical Advisory Committee meeting minutes where Charlie Davis was discussed. This

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

3rd Set of Request for Production to Defendants
*Davis v. Hyden, et. al.,* / A02-0214 CV (JKS)
TAM:jlw/103-2/3rdRFP-jds

includes, but is not limited to, copies of meeting minutes for the time period April 3, 2002 through December 1, 2002.

**Response:**

**Request for Production No. 16:** Please produce copies of any and all Medical Advisory Committee meeting minutes where care of inmates with heart conditions was discussed.

**Response:**

**Request for Production No. 17:** Please produce copies of all Medical Advisory Committee meeting minutes where the care of inmates with implanted defibrillators was discussed.

**Response:**

**Request for Production No. 16:** Please produce copies of all Medical Advisory Committee meeting minutes where the care of inmates taking Coumadin was discussed.

**Response:**

3rd Set of Request for Production to Defendants
*Davis v. Hyden, et. al.*, / A02-0214 CV (JKS)
TAM:jlw/103-2/3rdRFP-jds

5 of 6

Exhibit 14
Page 5 of 6

DATED this 12th day of May 2006 at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Plaintiff Davis

By *(signature)*
Thomas A. Matthews
Alaska Bar No. 8511179

CERTIFICATE OF SERVICE

I certify that on 12th day of May 2006 a copy of the foregoing document was served by fax and mail on:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

*(signature)*
Joyce L. Wylie

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

3rd Set of Request for Production to Defendants
*Davis v. Hyden, et. al.*, / A02-0214 CV (JKS)
TAM:jlw/103-2/3rdRFP-jds