Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charlie J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0214 CV (JKS) |
| ) | |
| ZELMER HYDEN, et al., ) | **PROPOSED ORDER GRANTING** |
| ) | **EXTENSION TO REOPEN OR EXTEND** |
| Defendants. ) | **DISCOVERY** |
| _____) | |

The Court, having reviewed Plaintiff's Motion To Reopen or Extend Discovery And To Compel Production of Documents and Attendance of Witness at Deposition, and Defendants' opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Discovery, for the purposes set forth in Plaintiff's Motion is extended for 30 days.

DATED this ____ day of _____ 2006 at Anchorage, Alaska.

_____
James K. Singleton
United States District Judge

Proposed Order (ReOpen/Extend Discovery)
*Davis v. Hyden, et. al.*, Case No.: A02-0214 CV (JKS)
TAM:jlw\103-2\OrdExtDiscovery.doc                                                               Page 1