Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516/Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Charles J. Davis, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0214 CV (JKS) |
| ) | |
| ZELMER HYDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION FOR EXTENSION OF TIME**

The parties stipulate and agree to extend the deadlines for the filing responsive pleadings to Plaintiff's Motion for Summary Judgment to:

| | Currently Due | Requested Extension |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion for Summary Judgment | 06/05/06 | 06/19/06 |
| Defendant's Reply to Opposition To Motion for Summary Judgment | 06/27/06 | 07/17/06 |

                    MATTHEWS & ZAHARE, P.C.
                    Lawyers for Plaintiff Charles J. Davis, Jr.

Dated: 06/05/06              By: s/Thomas A. Matthews
                                            Thomas A. Matthews, ABA 8511179
                                            Matthews & Zahare, P.C.
                                            431 West 7th Ave., Suite 207
                                            Anchorage, Alaska 99501
                                            Phone: (907) 276-1516
                                            Fax: (907) 276-8955
                                            tom.matthews@matthewszahare.com

                                            ASSISTANT ATTORNEY GENERAL
                                            State of Alaska, Dept. of Law
                                            Counsel for Defendants

Dated: 06/05/06              By s/Marilyn J. Kamm (consent)
                                            Marilyn Kamm, ABA: 7911105
                                            Assistant Attorney General
                                            Criminal Division Central Office
                                            P.O. Box 110300
                                            Juneau, AK 99811
                                            Phone: (907) 465-3428
                                            Fax: (907) 465-4043
                                            Marilyn_kamm@law.state.ak.us

CERTIFICATE OF SERVICE

I certify that on 5th day of June 2006
a copy of the foregoing document was
served by electronic mail on:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

s/Thomas A. Matthews

Stipulation for Extension of Time (Opp MFSJ)
*Davis v. Hyden, et. al.*, Case No.: A02-0214 CV (JKS)
TAM:jlw\103-2\StipExt5-j.doc                                                                    Page 2 of 2