# STATE OF ALASKA

**DEPARTMENT OF LAW**
*CRIMINAL DIVISION*

**FRANK H. MURKOWSKI,**
**GOVERNOR**

Mailing: PO Box 110300
Juneau, AK 99811-0300
Delivery: 123 4th Street, Ste 717
Juneau, AK 99801
Phone: (907) 465-3428
Fax: (907) 465-4043

December 21, 2004

Thomas A. Matthews
Matthews & Zahare
431 W. 7th Ave, Ste. 207
Anchorage, Ak 99501

Re: *Charles Davis v. Zellmar Hyden, et al*, Case No. A02-214 cv

Dear Mr. Matthews:

I'm still in the process of answering the discovery requests but I thought I'd put these in the mail. They are complete unless you want copies of the policies from Jan. 1995 to mid-1995 per my e-mail. Since the Dept. of Law made these copies, the cost is 10 cents per page. There are 207 pages. Please remit the sum of $20.70 to my attention made payable to the State of Alaska.

Sincerely,

GREGG D. RENKES
ATTORNEY GENERAL

By: *Marilyn J. Kamm*
Marilyn J. Kamm
Assistant Attorney General

EXHIBIT  A
PAGE  1  OF  1