

# FACSIMILE TRANSMISSION COVER SHEET
## CRIMINAL DIVISION CENTRAL OFFICE

123 4th Street, Suite 717
P.O. Box 110300
Juneau, AK 99811-0300
PHONE: (907) 465-3428   FAX: (907) 465-4043

DATE: 1/28/05   FAX: ( ) 276-1516

TO: Thos. Matthews

FROM: Marilyn Kamm

RE: Chas Davis

NUMBER OF PAGES INCLUDING THIS SHEET: 16

MESSAGE:

Interrogs verified by Zee Hyden.

The information contained in this FAX is confidential and/or privileged. This FAX is intended to be reviewed initially by only the individual named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this FAX or the information contained herein is prohibited. If you have received this FAX in error, please immediately notify the sender by telephone and return this FAX by mail to the sender at the above address. Thank you.

PLEASE INFORM US IF YOU DO NOT RECEIVE THIS TRANSMISSION IN FULL

(907) 465-3428   ASK FOR: B

EXHIBIT B
PAGE 1 OF 1