Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Hyder
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

CHARLIE J. DAVIS, JR.,           )
                                 )
        Plaintiff,               )
                                 )
vs.                              )
                                 )
ZELMER HYDEN, ET AL,             )
                                 )
        Defendants.              )
_____  )   Case No. A02-214 CV (JKS)

**AFFIDAVIT OF MARILYN J. KAMM**

STATE OF ALASKA          )
                         ) ss.
FIRST JUDICIAL DISTRICT  )

I, Marilyn J. Kamm, being first duly sworn, depose and state as follows on personal knowledge:

1. I am counsel for defendants in the above-referenced matter.

2. Exhibit A is a true and correct copy of my letter to Mr. Matthews dated December 21, 2004, accompanying the 207 pages of discovery

Affidavit of Marilyn J. Kamm
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 1 of 2.

documents I sent him in response to his first request for production. These documents are in addition to the 284 pages of discovery that Mr. Bodick provided him. The documents are Bates stamped, beginning with document #285.

3. Exhibit B is a true and correct copy of my fax cover letter to Mr. Matthews dated January 28, 2005. At that time I faxed to him Mr. Hyden's verified discovery responses.

4. Exhibit C is a true and correct copy of DOC's Heath Care Organization and Administration Policy #807.01 that I produced to plaintiff on December 21, 2004. This document is Bates stamped #286-290.

Further this affiant sayeth naught.

_Marilyn J. Kamm_
Marilyn J. Kamm

SUBSCRIBED AND SWORN TO before me this 9th day of June, 2006.

STATE OF ALASKA
OFFICIAL SEAL
Valerie Robinson
NOTARY PUBLIC
My Commission Exp: 12/11/08

_Valerie Robinson_
Notary Public in and for Alaska

My Commission Expires: 12/11/08

Affidavit of Marilyn J. Kamm
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 2 of 2.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043