# EXHIBIT INDEX TO
# OPPOSITION TO MOTION TO DISMISS
### *Davis v. Hyden et al.,* Case No. A02-0214 Civil

1. Affidavit of Charlie Davis

2. Virginia Mason Medical Records

3. Medtronic Defibrillator manual

4. Coumadin Booklet

5. SEARHC Prescription

6. DOC Remand Screen

7. Authorization for Medical Records

8. Health Care Progress Notes

9. Requests for Interview

### SUPPLEMENTAL EXHIBITS IN OPPOSITION TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

10. Grievance package.

11. Henry Luban M.D. Deposition excerpts

12. Zelmer Hyden Deposition excerpts

13. PT/INR Tests

14. Melbourne Henry Deposition