

**Quest Diagnostics**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.877.0052

SPECIMEN INFORMATION
SPECIMEN: NW971506H
REQUISITION: 0245152

COLLECTED: 09/20/2002 07:30 PT
RECEIVED:
REPORTED: 09/21/2002 09:05 PT

COMMENTS: NOT FASTING
MICROFILM NO. -

PATIENT INFORMATION
**DAVIS, CHARLIE**
DOB: 05/17/1932   AGE: 70
GENDER: M   FASTING: N
SSN:
ID: 399909
PHONE:

REPORT STATUS **FINAL**

ORDERING PHYSICIAN

CLIENT INFORMATION
N99645202                        VNLZR00
PALMER CORRECTIONAL CENTER
PO BOX 919
PALMER, AK 99645-0919

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTHROMBIN TIME WITH INR | | | | NW |
| INTERNATIONAL NORMALIZED RATIO (INR) | 2.5 | | | |
| INR REFERENCE INTERVAL APPLIES TO PATIENTS NOT ON ANTICOAGULANT THERAPY: | | | 0.9- 1.1 | |
| SUGGESTED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (STABLY ANTICOAGULATED PATIENTS) | | | | |
| ROUTINE THERAPY: | | | 2.0- 3.0 | |
| RECURRENT MYOCARDIAL INFARCTION OR MECHANICAL PROSTHETIC VALVES: | | | 2.5- 3.5 | |
| PROTHROMBIN TIME | | 23.3   H | 9.0-11.5 SECONDS | |

PERFORMING LABORATORY INFORMATION
QUEST DIAGNOSTICS-SEATTLE, 1737 AIRPORT WAY, S., SUITE 200, SEATTLE, WA 98134
Laboratory Director: PAUL R GIERL, MD   , CLIA: 50D0633094

Exhibit 13
Page 1 of 8

Page 1   End of Report

DAVIS, CHARLIE - NW971506H

FLAG MEANINGS

**Quest Diagnostics**

REPORT STATUS **FINAL**

PATIENT INFORMATION
DAVIS, CHARLES

DOB: 05/17/1932   AGE: 70
GENDER: M   FASTING: N
SSN:
ID: 399909
PHONE:

ORDERING PHYSICIAN

CLIENT INFORMATION
N99645202                    VNLZR00
PALMER CORRECTIONAL CENTER
PO BOX 919
PALMER, AK 99645-0919

Collected: 08/14/2002 11:15 PT
Reported: 08/15/2002 09:53 PT

| Test | Result | Flag | Reference Range |
|---|---|---|---|
| PROTHROMBIN TIME WITH INR | | | |
| INTERNATIONAL NORMALIZED RATIO (INR) | 3.5 | | |
| INR REFERENCE INTERVAL APPLIES TO PATIENTS NOT ON ANTICOAGULANT THERAPY: | | | 0.9-1.1 |
| SUGGESTED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (STABLY ANTICOAGULATED PATIENTS) | | | |
| ROUTINE THERAPY: | | | 2.0-3.0 |
| RECURRENT MYOCARDIAL INFARCTION OR MECHANICAL PROSTHETIC VALVES: | | | 2.5-3.5 |
| THROMBIN TIME | 32.2 | H | 9.0-11.5 SECONDS |

PERFORMING LABORATORY INFORMATION
QUEST DIAGNOSTICS-SEATTLE, 1737 AIRPORT WAY, S., SUITE 200, SEATTLE, WA 98134
Laboratory Director: PAUL R GIERL, MD , CLIA: 50D0633094

39

Exhibit 13
Page 2 of 8

Page 1 - End of Report

DAVIS, CHARLES - NW826959H

FLAG MEANINGS:



ST ⁻ ⁻OSTICS INCORPORATED
EN     ICE 800.877.0052

| | | |
|---|---|---|
| CIMEN INFORMATION | PATIENT INFORMATION<br>DAVIS, CHARLIE | REPORT STATUS. **FINAL** |
| ECIMEN:    NW689418H<br>QUISITION: 0245174 | DOB: 05/17/1932  AGE: 70<br>GENDER: M<br>SSN:<br>ID:   399909<br>PHONE: | ORDERING PHYSICIAN<br><br>CLIENT INFORMATION<br>N99645202                    VNLZR00<br>PALMER CORRECTIONAL CENTER<br>PO BOX 919<br>PALMER, AK 99645-0919 |

LLECTED:   07/10/2002   08:40 PT
:EIVED:
PORTED:   07/11/2002   11:48 PT

MMENTS: MICROFILM NO. -

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| PROTHROMBIN TIME WITH INR | | | | NW |
|   INTERNATIONAL NORMALIZED<br>    RATIO (INR) | 3.5 | | | |
|     INR REFERENCE INTERVAL APPLIES TO PATIENTS<br>    NOT ON ANTICOAGULANT THERAPY: | | | 0.9- 1.1 | |
|     SUGGESTED INR THERAPEUTIC RANGE FOR ORAL<br>    ANTICOAGULANT THERAPY (STABLY ANTICOAGULATED<br>    PATIENTS) | | | | |
|       ROUTINE THERAPY: | | | 2.0- 3.0 | |
|       RECURRENT MYOCARDIAL INFARCTION<br>      OR MECHANICAL PROSTHETIC VALVES: | | | 2.5- 3.5 | |
| **PROTHROMBIN TIME** | | **31.9    H** | **9.0-11.5 SECONDS** | |

RFORMING LABORATORY INFORMATION
  QUEST DIAGNOSTICS-SEATTLE, 1737 AIRPORT WAY, S., SUITE 200, SEATTLE, WA  98134
  Laboratory Director:  PAUL R GIERL, MD      , CLIA: 50D0633094

40

Exhibit 13
Page 3 of 8

VIS, CHARLIE - NW689418H                                                        Page 1 - End of Report

S,CHARLIE

...strom Medical Tower
... Madison Street, Suite 500
...le, Washington 98104
(206) 386-2672 (800) 458-6836
FAX (206) 386-6009

Coll: 06/24/02 8:00 AM

PAGE: 1
Final Report Printed: 06-28-02 1157
Report Printed: 06-28-02 1157

| TEST NAME | ABNS | RESULTS | UNITS | REFERENCE RANGE:INTERPRETATION/COMMENTS/RESULTS | LOC |
|---|---|---|---|---|---|
| Fa...ng: No | | | | | |
| Protime | H | 24.2 | sec | 10.6-13.4 | |
| INR | | 2.8 | ratio | Recommended INR Ranges | |
| | | | | 2.0-3.0 Thromboembolic States | |
| | | | | 2.5-3.5 Valves/Recur. Embolism | |

41

Exhibit 13
Page 4 of 8

S,CHARLIE
09
ssion: AK0085087
isition:690223455
: 06/24/02 Recv: 06/24/02

70
05/17/1932

Alaska Dept of Corr-Palmer
Palmer Correctional Center
Mile 58 Glenn Hwy
Sutton, AK 99645

**NACARE LABORATORIES**
strom Medical Tower
J Madison Street, Suite 500
Seattle, Washington 98104
(206) 386-2672 (800) 458-6836
FAX (206) 386-6009

VIS, CHARLIE

Coll: 05/10/02 8:30 AM

PAGE: 1
Final Report Printed: 05-11-02 1537
Report Printed: 05-11-02 1537

| TEST NAME | ABNS | RESULTS | UNITS | REFERENCE RANGE INTERPRETATION COMMENTS RESULTS | LOC |
|---|---|---|---|---|---|
| Protime | H | 24.4 | sec | 10.6-13.4 | |
| INR | | 2.8 | ratio | Recommended INR Ranges | |
| | | | | 2.0-3.0 Thromboembolic States | |
| | | | | 2.5-3.5 Valves/Recur Embolism | |



42

Exhibit 13
Page 5 of 8

AVIS, CHARLIE          69                  Alaska Dept of Corr-Palmer
99909                  05/17/1932          Palmer Correctional Center
ccession: AK0082117                        Mile 58 Glenn Hwy
equisition: 690223451                      Sutton, AK 99645
oll: 05/10/02 Recv: 05/11/02



```
RUN DATE: 04/19/02                Bartlett Regional Hospital                  PAGE    1
RUN TIME: 1616              Clinical Laboratory and Pathology
R"" USER: LABBKGJOB
```

                3260 Hospital Drive * Juneau, Alaska  99801
                Laboratory: Ph (907.796.8860) Fax (907.586.8466)
                Pathology:  Ph (907.796.8440) Fax (907.586.8494)

| | | | |
|---|---|---|---|
| Name: DAVIS, CHARLES J | | Age/Sex: 69/M | Attend Dr: Thompson, James W |
| Acct#: V0001587070  Unit#: M1091084 | Status: REG RCR | Location: LGGC |
| Reg: 04/19/02   Disch: | | | |

```
SPEC #: 0419:CG00004R     COLL: 04/19/02-UNK     STATUS: COMP
ENTERED: 04/19/02-1139    RECD: 04/19/02-1139    SUBM DR: Thompson, James W
                                                 OTHR DR:
ORDERED: PROTHROMBIN TIME
```

| Test | Result | Flag | Reference |
|---|---|---|---|
| COAGULATION | | | |
| PT | 20.6 | H | 11.0-14.0 SECONDS |
| INR | 2.7 | | |

*Dr. Cromelin to 6 months.*
*ASSTD*



44

Exhibit 13
Page 7 of 8

| DAVIS, CHARLES J | ** END OF REPORT ** | |
|---|---|---|

```
RUN DATE: 04/08/02              Bartlett Regional Hospital              PAGE    1
RUN TIME: 1442                     Clinical Laboratory
USER: BRLAB.JPF
```

```
                    3260 Hospital Drive * Juneau, Alaska  99801
             Laboratory: Ph (907.796.8860)  Fax (907.586.8466)
             Pathology:  Ph (907.796.8440)  Fax (907.586.8494)
```

```
Name:  DAVIS, CHARLES J           Age/Sex: 69/M      Attend Dr: Thompson, James W
Acct#: V0001587070  Unit#: M1091084  Status: REG RCR  Location: LCCC
Reg:   04/08/02    Disch:
```

```
SPEC #:  0408:CG00004R    COLL: 04/08/02-0740    STATUS: COMP
ENTERED: 04/08/02-1102    RECD: 04/08/02-1102    SUBM DR: Thompson, James W
                                                 OTHR DR:

ORDERED:  PROTHROMBIN TIME
```

| Test | Result | Flag | Reference |
|---|---|---|---|
| COAGULATION | | | |
| PT | 16.4 | H | 11.0-14.0 SECONDS |
| INR | 1.7 | | |

47

Exhibit 13
Page 8 of 8

DAVIS, CHARLES J                      ** END OF REPORT **