Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ZELMAR HYDEN, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | )   Case No. A02-214 CV (JKS) |

STIPULATION FOR EXTENSION OF TIME

The parties stipulate and agree to extend the deadline for the filing of defendants's reply to plaintiff's opposition to motion for summary judgment to the due date of defendants' reply to plaintiff's supplemental opposition to motion for summary judgment so that defendants may file a combined reply.

| | Currently due | Requested Extension |
|---|---|---|
| Reply | 07/17/06 | Due date of defendants' Reply to supplemental Opposition to motion for summary judgment (supp. Opposition to be filed by 10-6-06) |

Stipulation for Extension of Time
*Davis v. Hyden, et al*, Case No. A02-0214 CV (JKS)
Page 1 of  3

|  |  |
|---|---|
|  | MATTHEWS & ZAHARE, P.C.<br>Lawyers for Charlie J. Davis, Jr. |
| Dated:__7/11/06_____ | By: s/Thomas A. Matthews_____<br>Thomas A. Matthews<br>Alaska Bar No. 8511179<br>Matthews & Zahare, P.C.<br>431 West 7th Ave., Suite 207<br>Anchorage, Alaska  99501<br>Phone: (907) 276-1516<br>Fax: (907) 276-8955<br>Tom.matthews@;matthewszahare.com |
|  | DAVID W. MÁRQUEZ<br>ATTORNEY GENERAL<br>Lawyers for Defendants |
| Dated:_7/11/06_____ | By: s/Marilyn J. Kamm, ABA 7911105<br>State of Alaska<br>Department of Law<br>Criminal Division Central Office<br>PO Box 110300<br>Juneau, AK  99811<br>Phone: (907) 465-3428<br>Fax: (907) 465-4043<br>Marilyn_Kamm@law.state.ak.us |

I certify that on the 11th day of
July , 2006, a copy of the foregoing
Document was served electronically on:

Thomas Matthews
Matthews & Zahare
431 W. 7th Ave, Suite 207
Anchorage, AK  99501

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Stipulation for Extension of Time
*Davis v. Hyden, et al*, Case No. A02-0214 CV (JKS)
Page 2 of  3

Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Stipulation for Extension of Time
*Davis v. Hyden, et a*l, Case No. A02-0214 CV (JKS)
Page 3 of  3