MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Davis v. Hyden*
Case No. 3:02-cv-00214-JKS

By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:      ORDER FROM CHAMBERS

The stipulation at **Docket No. 95** is **ACCEPTED**.

**IT IS THEREFORE ORDERED:**

The Defendants may file their reply to the opposition to motion for summary judgment (Docket No. 77) contemporaneously with their reply to the supplemental opposition, which Plaintiff may file no later than October 6, 2006. As previously stated in the Order at Docket No. 94, Defendants shall have the time allowed by D. Ak LR 7.1 to submit their reply.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: July 12, 2006

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.