Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR.,        ) | |
|                               ) | |
|         Plaintiff,            ) | |
|                               ) | |
|   vs.                         ) | |
|                               ) | |
| ZELMAR HYDEN, ET AL.,         ) | |
|                               ) | |
|         Defendants.           ) | |
| _____) | Case No. 3:02-cv-214-JKS |

STIPULATION FOR EXTENSION OF TIME

The parties stipulate and agree to extend the deadline for the filing of plaintiff's supplemental opposition to the defendants' motion for summary judgment and defendants's combined reply to plaintiff's opposition and supplemental opposition to motion for summary judgment.

|  | Currently due | Requested Extension |
|---|---|---|
| Supplemental Opposition | 10/6/06 | 10/13/06 |
| Reply | 10/18/06 | 10/30/06 |

Stipulation for Extension of Time
*Davis v. Hyden, et al*, Case No. 3:02-cv-0214-JKS
Page 1 of  3

                                                MATTHEWS & ZAHARE, P.C.
                                                Lawyers for Charlie J. Davis, Jr.

Dated:__7/11/06_____          By: s/Thomas A. Matthews_____
                                                Thomas A. Matthews
                                                Alaska Bar No. 8511179
                                                Matthews & Zahare, P.C.
                                                431 West 7th Ave., Suite 207
                                                Anchorage, Alaska  99501
                                                Phone: (907) 276-1516
                                                Fax: (907) 276-8955
                                                Tom.matthews@;matthewszahare.com


                                                DAVID W. MÁRQUEZ
                                                ATTORNEY GENERAL
                                                Lawyers for Defendants


Dated:_7/11/06_____      By: s/Marilyn J. Kamm, ABA 7911105
                                                State of Alaska
                                                Department of Law
                                                Criminal Division Central Office
                                                PO Box 110300
                                                Juneau, AK  99811
                                                Phone: (907) 465-3428
                                                Fax: (907) 465-4043
                                                Marilyn_Kamm@law.state.ak.us


I certify that on the 2nd day of
October , 2006, a copy of the foregoing
Document was served electronically on:

Thomas Matthews
Matthews & Zahare
431 W. 7th Ave, Suite 207
Anchorage, AK  99501

By: s/Marilyn J. Kamm, ABA 7911105
Stipulation for Extension of Time
*Davis v. Hyden, et a*l, Case No. 3:02-cv-0214-JKS
Page 2 of  3

State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Stipulation for Extension of Time
*Davis v. Hyden, et a*l, Case No. 3:02-cv-0214-JKS
Page 3 of  3