**EXHIBIT INDEX
SUPPLEMENTAL OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**
*Davis v. Hyden et al.,* **Case No. A02-0214 Civil**

15. Zelmer Hyden Deposition

16. Melbourne Henry Deposition

17. Vital Signs Flow Sheet

18. Defendants' Response to Plaintiff's Third Set of Request For Production to Defendants, dated August 22, 2006.

19. Letter from Tom Matthews, Esq. to John Bodick, Esq., dated October 27, 2003, and Letter from John Bodick, Esq., to Thomas Matthews, Esq. dated November 10, 2003.

20. Affidavit of Thomas A. Matthews, dated May 19, 2006.

21. Roger Hale Deposition

TAM:jlw\103-2
SuppExhIndexOppMFSJ2