# VITAL SIGNS FLOW SHEET

INMATE NAME: Davis, Charlee   MONTH _____

OBSCIS # _____

| DATE | TIME | B/P | PULSE | RESP | TEMP |
|---|---|---|---|---|---|
| 4/25/02 | 0815 | 174/88 | 76 | | |
| 4/26 | 0720 | 147/75 | 59 | | |
| 4/26 | 0945 | 167/87 | 70 | | |
| 4.28 | 0810 | 154/75 | 62 | | |
| 4/29 | 0800 | 153/84 | 61 | | |
| 5/1 | 0800 | 137/78 | 70 | | |
| 5/2 | 0730 | 164/77 | 61 | | |
| 5-4 | 0800 | 141/66 | 61 | | |
| 5-6-02 | 0800 | 140/69 | 63 | | |
| 5-8-02 | 0710 | 148/90 | 72 | | |
| 5-10-02 | 0810 | 137/86 | 79 | | |
| 5/3/02 | 0830 | 154/83 | 76 | | |
| 5/15 | | 137/71 | 73 | | |
| 5/17/02 | 0830 | 130/70 | 81 | | |
| 5-20-02 | 0810 | 145/75 | 62 | | |
| 5-24-02 | 0810 | 137/71 | 62 | | |
| 6-11-02 | 1435 | 140/77 | 74 | | |

Exhibit 17
Page 1 of 1



EXHIBIT 2
Luban M.D.

54