10/27

Case 3:02-cv-00214-JKS   Document 99-6   Filed 10/13/2006   Page 1 of 2
Case 3:02-cv-002__-JKS   Document 81   Filed 05/19/_06   Page 1 of COPY

# MATTHEWS & ZAHARE, P.C.
## Attorneys At Law

Thomas A. Matthews
A. Michael Zahare

Thomas L. Hause

Of Counsel
Kenneth G. Schoolcraft, Jr.

Paralegal
Melodie J. Nicholson

431 West 7th Avenue • Suite 207 • Anchorage, Alaska 99501
TELEPHONE: (907) 276-1516 • FACSIMILE: (907) 276-8955

Thomas A. Matthews
Direct Dial (907) 276-2962
TOM.MATTHEWS@MATTHEWSZAHARE.COM

October 27, 2003

John K. Bodick, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
310 K Street, Suite 407
Anchorage, AK 99501- 5993

RE:  *Charlie Davis vs. Zelmer Hyden, et al.*
     Our File No. 103-2

Dear John:

I write to request your cooperation in providing me copies of Department of Corrections files concerning my client, Charlie Davis. At the appropriate time, I can submit a request for production if necessary, but I wanted to make the request informally now.

I would like to obtain a complete copy of all medical records, testing records, or any other records relating to medications dispensed to or withheld from Mr. Davis during his incarceration. If the records are separately maintained for each facility, I would ask you obtain the records from both Palmer Correctional Center, and the Juneau Correctional Facility.

Second, I would like to obtain a copy of all files relating to grievances filed by or on behalf of Mr. Davis, along with all files relating to appeals of such grievances.

Third, I would like to see a copy of Mr. Davis' commitment file, however that is titled.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me.

Very truly yours,

MATTHEWS & ZAHARE, P.C.

Thomas A. Matthew

TAM:jlw\103-2\Bodick-jlt
cc: Charlie Davis

Exhibit 19
Page 1 of 2

11/10

# STATE OF ALASKA

## DEPARTMENT OF LAW
*CRIMINAL DIVISION*

**FRANK H. MURKOWSKI, GOVERNOR**

Criminal Division Central Office - Anchorage
310 K Street, Suite 507
Anchorage, Alaska 99501

*Phone:* (907) 269-6379
*Fax:* (907) 269-6305

November 10, 2003

**RECEIVED**
MATTHEWS & ZAHARE
NOV 1 7 2003

File No. 103:2
Atty Tom
Approved to File ___

Thomas A. Matthews
Matthews & Zahare
431 West 7th Avenue, Suite 207
Anchorage, AK 99501

Re: Davis v. Hyden, et al., A02-0214 CV(JKS)

Dear Tom:

Pursuant to your request, enclosed please find copies of Charlie Davis' medical (1-208) and institutional files (209-284). The files should include copies of all grievances. Please remit a check made out to the State of Alaska in the amount of $27.50 for copying costs.

Sincerely,

GREGG D. RENKES
Attorney General

By: _____
John K. Bodick
Assistant Attorney General

[handwritten margin notes: "Subpoena medical and institutional files from Dept of Corr"; "DOCUMENTS REMOVED TO FILE"; "cc: Charlie Davis 11/24/03"]

Exhibit 19
Page 2 of 2