Thomas A. Matthews, ABA No. 8511179
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., <br><br> Plaintiff, <br> vs. <br><br> ZELMER HYDEN, et al., <br><br> Defendants. | Case No. A02-0214 CV (JKS) |

### ERRATA TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Charlie Davis filed his Supplemental Opposition to Defendants' Motion for Summary Judgment on October 13, 2006.[1] It has come to Plaintiff's attention that Exhibit 15, Deposition of Zelmer Hyden, was not included in the electronic copy sent to Defendants' counsel. The Notice of Electronic Filing is also unclear whether the court's file currently has Exhibit 15 as part of the Supplemental Opposition.[2]

---

[1] Docket 99.
[2] Plaintiff's counsel did include Exhibit 15 in the courtesy copy that was delivered to Judge Singleton's chambers.

To eliminate any further question, Plaintiff hereby provides Exhibit 15, Deposition of Zelmer Hyden, to be included as part of Plaintiff's Supplemental Opposition to Defendants' Motion for Summary Judgment.

Plaintiff's counsel apologizes for the confusion this may have caused the court and defense counsel.

DATED this 30th day of October 2006, at Anchorage, Alaska.

MATTHEWS & ZAHARE, P.C.
Counsel for Plaintiff Davis

By: s/ Thomas A. Matthews
Thomas A. Matthews, ABA No. 8511179
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on 30th day of October 2006
a copy of the foregoing document was
served by electronic mailing to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811

s/Thomas A. Matthews

Errata to Plaintiff's Supp. Opp to MFSJ
*Davis v. Hyden, et. al.*, Case No.: A02-0214 CV (JKS)
TAM:jlw\103-2\ErrataSuppOppMFSJ

Page 2 of 2