# STATE OF ALASKA
# GENERAL ADMINISTRATIVE
# RECORDS RETENTION SCHEDULE

## Schedule #100.2

March, 2005



Department of Education & Early Development
Division of Libraries, Archives & Museums
Archives & Records Management Program
141 Willoughby Avenue
Juneau, Alaska 99801-1720
Phone: 465-2276

EXHIBIT    E    PAGE

**GENERAL ADMINISTRATIVE RECORDS RETENTION SCHEDULE**
**#100.2**
**GENERAL OFFICE ADMINISTRATION RECORDS**

| Item No. | Records Series & Description | Retention & Disposition | Remarks |
|---|---|---|---|
| 65 | **Minutes & Meeting Files— Major Policy Making:**<br><br>Documents all state boards, commissions, advisory councils, task forces, special committees and major policy making group activities. Includes the following: agenda, information packets, reports, notes, transcripts, media releases, meeting summaries, public testimony statements and questionnaires. | **Retain until administrative or management need is met, then transfer to the State Archives.** | These records document the policies, decisions and historical activities of state-funded entities. |
| 66 | **Minutes & Meeting Files— Non-Policy Making:**<br><br>For all general staff, routine and operational meetings that do not result in changes to state positions or procedures. Consists of agenda, minutes, notes and other backup. | **Retain for 3 years, or until administrative or management need is met, whichever comes first.** | |
| 67 | **Program Policies & Procedures—Major:**<br><br>Substantive and binding agency issued policies, procedures, directives, decisions, rules, and manuals that address mission essential functions for which the agency is statutorily responsible.<br><br>These records document agency functions and have archival research value. | **Retain for 3 years after policy is obsolete or superceded, then transfer to the State Archives.** | **Policy:** a governing principle established at the executive level, which mandates or constrains action, has consistent system-wide application, and sets a course, which changes infrequently.<br><br>**Procedure:** a set of effective and logical interrelated steps that implement a policy. |
| 68 | **Program Policies & Procedures—Routine:**<br><br>Routine agency issued policies, procedures, directives, decisions, rules, organizational charts and manuals that address internal functions and operating procedures. | **Retain for 3 years after policy is obsolete or superceded.** | |

13

EXHIBIT   E
PAGE 2 OF 2