# STATE OF ALAKSA — DEPARTMENT OF CORRECTIONS
## HEALTH CARE PROGRESS NOTES



EXHIBIT 3
Cutan M.D. 4/27/06

| | | |
|---|---|---|
| S-Subjective | O-Objective | A-Assessment — P-Plan |

Name: Davis, Charlie   OBSCIS# 399909   Date of Birth: 5-17-32

| DATE | TIME | COMMENTS: |
|---|---|---|
| 4-3-02 | 1830 | Intake health screen completed. PPD 0.1 ml sited LRFA - Aventis Pasteur (L) C0730BA (E) 12/6/03 - Read in 48-72°. IM states allergies to Morphine Sulfate & paper tape. States MI on 1/12/02 c̄ Gem III VR defibrillator placed on 1/15/02. Intake meds |
| | | 1) ASA EC 325mg qd |
| | | 2) Prilosec - CR 20mg BID c̄ meals |
| | | 3) Coumadin 4mg qd |
| | | 4) Plavix 75mg qd |
| | | 5) Metoprolol 50mg qd |
| | | 6) Zestril 5mg qd |
| | | 7) Lipitor 20mg qd |
| | | IM states that he has an URI @ this time. — Shirley Hawkins |
| 4-3-02 | | Continue intake meds as ordered |
| | | 1) Prilosec CR 20mg p.o. BID c̄ meals x 30d |
| | | 2) Coumadin 4mg p.o. qd x 30d |
| | | 3) Plavix 75mg p.o. qd x 30d |
| | | 4) Metoprolol 50mg p.o. qd x 30d |
| | | 5) Zestril 5mg p.o. qd x 30d |
| | | 6) Lipitor 20mg p.o. qd x 30d |
| | | 7) ASA EC 325mg p.o. qd x 30d |
| | | Dr. Thompson / Shirley Hawkins |
| | | noted 4-3-02 1940 — Shirley Hawkins |

DOC Policy #807.06A                    Page 1 of 12

EXHIBIT G PAGE 1 OF 12

| Subjective | | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|---|
| DATE | TIME | COMMENTS: | | |
| 4·3·02 | 2145 | PT c̄ INR on Monday. | | |
| | | T.O. Dr. Thompson / S Hawkins | | |
| | | Noted 4·3·02 2145 | | |
| | | Shirley Hawkins | | |
| 4/7/02 | 1105 | Prevacid 15 mg po BID x 90 days | | |
| | | ASA EC 325 mg po qd x 90 days | | |
| | | Lipitor 20 mg po qd x 90 days | | |
| | | Plavix 75 mg po qd x 90 days | | |
| | | Zestril 5 mg po qd x 90 days | | |
| | | metoprolol 25 mg po BID x 90 days | | |
| | | Coumadin 4 mg po qd x 90 days | | |
| | | Beach RN 7/7/02 1220 | | |
| 7/7/02 | 1110 | (155/90) 97³-72-20, I/M states he have 2 dizzy spells this am, one at 0630 & 2nd at about 0800, states the room was really spinning, now feels fine, will have I/M seen at next sick call. Beach RN | | |
| 7/8/02 | 0918 | S/P MI 1/02 | | |
| 164/87 | | (illegible) Refib — occas'l B/P ↑ | | |
| | | S/P CABG 9 yrs ago | | |
| | | ○ HHS — ⊘ — RSR S₁ S₂ ___ | | |
| | | s̄ gallop or murmur | | |
| | | lungs s̄ rales or rhonchi | | |
| | | ⊘ pedal edema | | |
| | | A: S/P MI / CABG / Refib Hypert. | | |

Name: Davis, Charlie     OBSCIS# 399909     Date of Birth: 5-17-32

DOC Policy #807.06A     EXHIBIT G     PAGE 2 OF 12     Page 2 of 12     28

# STATE OF ALASKA DEPARTMENT OF CORRECTIONS
## HEALTH CARE PROGRESS NOTES

| S-Subjective | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|

Name: Davis, Charlie   399909   Date of Birth: 5-17-32

| DATE | TIME | COMMENTS: |
|---|---|---|
| 4/8/02 | 0920 | P.L. obtain INR as noted — ordered |
|  |  | 3 bag underwear 2 obtain records |
|  |  | [illegible] Haines of Virginia prison [illegible] |
|  |  | Beach M 4/8/02 1250 |
| 4/8/02 | 0930 | Pt D/O mm, — Beach RN |
|  |  | Reviewed Medical Record. |
| 4/8/02 | 16:15 | (S) Currently Asymptomatic. Pt describes occasional Dizzy Spells < 1 min in Duration. |
|  |  | (O) INR 1.7 → Therapeutic 2.0-3.0 |
|  |  | Resp: CTA (B); Ø Rales; |
|  |  | CVS: Irregular Irregular Rhythm |
|  |  | GI: Soft, NT/ND |
|  |  | Skin: Warm/Dry Intact |
|  |  | (A)(1) CVS: EKG reveals: Sinus Rhythm |
|  |  | (P) c 2nd AV Block - Mobitz Type I c̄ PVC; Will Compare to Previous on Thursday. |
|  |  | (2) ↓ Therapeutic INR - ↑ Coumadin to Coumadin 6 mg Mon/Wed/Fri & Sat |

DOC Policy #807.06A

EXHIBIT G PAGE 3 OF 12

Page 3 of 12

| DATE | TIME | COMMENTS: O-Objective  A-Assessment  P-Plan |
|---|---|---|
| ?/02 | 1620 | ② Cont. Coumadin 4mg on Tuesday, Thursday & Sunday |
| | | ③ Continue other Medications. |
| | | — Peimann |
| | | Noted 4-8-02 1930 |
| | | Shirley Hawkins |
| 4/19/02 | 1000 | BP (187/87) c/o Epistaxes x 3-24 hours. Hx HTN, CARDIAC BYPASS, CARDIAC ARREST. Meds - Coumadin. |
| | | A: Anterior Nares bleed / Epistaxes |
| meds shut done meds shut ordered | | P: Skip Coumadin today. Stay at 4mg POQD. Draw INR/PT today and Tues 4/23 ↑ Metoprolol 50mg BID x 30 days. Consult Dr Thompson - who is contacting Primary MD - John Karpen in Maine |
| | | Beach RN 4/19/02 1340 |
| ?/02 | 1100 | 150/94 p100, 158/86 p70 Reviewed PT/INR c I/M. Beach RN |
| ?/02 | 1110 | BP 132/78, P66. Beach RN |
| 4/22/02 | 2145 | IM cleared for transport/transfer to PCC. Had a MI in Jan '02 has a defibrillator on numerous medication - see transfer sheet. Requires PT c INR approx q 2 wks. All meds c exception of Coumadin are KOP, PPD/PE current. Shirley Hawkins |

Name: Davis, Charlie   399909   Date of Birth: 5-17-32

| S-Subjective | O-Objective | A-Assessment | P-Plan |

Name: Davis

| Date | Time | Comments |
|---|---|---|
| 04/24/02 | | Please Draw for PT & INR. Noted 4/24/02 NTGL |
| 4/26/02 | 0740 | NAME: Davis 690223496  Labs drawn — NTGL |
| 04/26/02 | | (S) Pt has had some nose bleeding last noc. He is on coumadin & apparently picked his nose. There is an area of excoriation on the (L) nasal septal wall. He is encouraged to avoid nose picking. His labs have been drawn for PT & INR. Results are pending. He has been taking both coumadin & ASA 325mg. (A) 1. Epistaxis (controlled) (P) 1. will order ASA 81mg PO QD x 90 days 2. D/C 325mg ASA when 81mg tabs arrive 3. will report any more bleed to staff. Roy Hugh PA-C |
| 04/28/02 | | PT & INR back from lab. PT 18.4 INR 1.9 (therapeutic)(2.0-3.?) He had epistaxis as above. (P) 1. Start multivitamin c̄ FeSO4 po QD x 30 days 2. Draw for CBC & PT & INR in 10 days 3. Continue coumadin as written. noted 11:22 am 4/28/02 Roy Hugh PA-C |

Department of Corrections Form #807.06A
Rev. 3/95

EXHIBIT G
PAGE 5 OF 12

Exhibit 8
Page 5

| S-Subjective | Objective | A-Assessment | P-Plan |
|---|---|---|---|
| Name: DAVIS, Charlie | | | Date of Birth: 05-19-32 |

| Date | Time | Comments |
|---|---|---|
| 5/2/02 | | S/ ⊕ hip & leg pain x 2 wks, recurring problem. Walking and manipulation usually make it better. Thinks he worked out too hard. Periodic cramping |
| | BP 164/77 P 61 R 16 | O/ In NAD. Walks c̄ difficulty. Able to lie & rise s̄ assistance Hip- No edema, erythema or ecchymosis Good internal & external rotation Good strength A/ Hip Pain w/ Spasms P/ Flexeril 10mg p.o. H.S. ML x 3 days Heat, rest, light exercise RTC PRN — W. Royer HCh, PAC |
| 5-5-02 | 2000 | Inm stated he was improved from previous visit. ✓ my cpl — ABC |
| 5/8/02 | 0710 | PT INR Lab Drawn s̄ difficulty — [nurse sig] |
| 5/8/02 | addendum | BP 148/90 P 72 — [nurse sig] |
| 5/08/02 | 24 | Recommend tightening BP control in light of H/o MI. Move into range of 130-140/80-85 as tolerated. Will need to be concerned about ↓ BP → lightheadedness → fall since on coumadin. — Gillman MD |
| 5/10/02 | | Pt drawn per lab request — RN |
| 5/19/02 | | Rx review Metoprolol 50mg p.o. BID thru 7-7-02 Coumadin 4mg p.o. qd thru 7-7-02 Draw INR in 30 days 5-19-02 BP & wt q month — W. Royer HCh, PAC |
| 5-30-02 | 1345 | See rec'd fax from Haines Clinic — [sig] RN |

Department of Corrections Form #807.06
Rev. 3/95

EXHIBIT G
PAGE 6 OF 12