Health Care Progress Note

S-Subjective   O-Objective   A-Assessment   P-Plan

| Name: Davis, Charlie | | Comments: | Date of Birth: 5-7-32 |
| --- | --- | --- | --- |
| Date: | Time: | | |
| 6-5-02 | 1500 | Rec Duiac _____ from T.M. _____ 30 mcg. results | Brnar CN BSN/ANP |
| 06/17/02 | | Draw for PT & INR. with 1 mg ch | Roz Hughes PA |
| 6/21/02 | 0700 | Paged to office for lab – no show | MB |
| | 0730 | programming Labs drawn | |
| 6/21/02 | 0730 | See rec labs results | Brnar CN |
| 6-28-02 | 1145 | (S) Metoprolol 50 mg po BID x 30 days (sm-kop) | |
| 07/03/02 | | – Coumadin 4 mg po QD x 30 days (sm-kop) | |
| | | – Zestril 5 mg po QD x 30 days (sm- | |
| | | – Lipitor 20 mg po QD x 30 days (sm- | |
| | | – ASA 81 mg po QD x 30 days (sm-kop) | |
| | | – Prevacid 15 mg po BID (sm-kop) | |
| | | – Plavix 75 mg po QD x 30 days (sm-kop) | |
| | | – Draw for PT & INR. | Roz Hughes PA |
| 7-11-02 | 1000 | See rec lab results | Brnar CN |
| 7-12-02 | | Repeat INR in 30 days | W Roz Hughes PA-C |
| 07/29/02 | | metoprolol 50 mg po BID x 30 days. (kop) | |
| | | Coumadin 4 mg po QD x 30 days. (kop) | |
| | | Zestril 5 mg po QD x 30 days. (kop) | |
| | | Lipitor 20 mg po QD x 30 days. (kop) | |
| PT & INR pending. | | ASA 81 mg po QD x 30 days. (kop) | |
| | | Prevacid 15 mg BID x 30 days. (kop) | |
| | | Plavix 75 mg po QD x 30 days. (kop) | |
| | | with 1 mg _____ | Roz Hughes PA |
| 8/14/02 | | Blood drawn for PT INR (R) Anticoag | |
| 8-16-02 | | Repeat INR every 30 days | Roz Hughes PA |

NAME
690223455

9645202
1265173
Davis

Exhibit ___
Page ___ of ___

EXHIBIT G



S-Subjective          O-Objective          A-Assessment          P-Plan

| Name: Chris, Charles | | DOB: | Comments |
|---|---|---|---|
| Date: | Time: | | |

8-23-02    Rx review
- Metoprolol 50mg po. BID x 90 days
- Coumadin 4mg po. qd x 90 days
- Zestril 5mg po. qd x 90 days
- Lipitor 20mg po. qd x 90 days
- Prevacid 15mg po. BID x 90 days
- Plavix 75mg po. qd x 90 days
- BP & Wt ✓ q month                    W. Roger HH, PA-C

8/24/02  1030 m-Review - Aspirin EC. 81m ↑ 1 tablet
         PO X 90 days    per VO Paul Behnie
         9/30/02

                                          22

9/20/02    Blood drawn for PT-INR — R~
19645282
1245132

9-22-02  1105   See sec lab results Jonahan ~
         labs                          ~ R~

10/23/02   Inmate transfering to Anew
           Way house in Anc - will
           be out of DOC custody.
           Travel make sure he
           went through personal
           MEDS with this nurse to see
           that he had plenty for
           release - Double ✓ of med's
           CORA RN for Tipper Amt to
           release c ~ Inmate Instructed
           to make sure he ① Gets his meds in
           anc ② Gives back DOC meds &
           Follows up c blood 1x monthly
                                    PT INR what
                                    (s   cont)

Department of Corrections Form #807.06A
Rev. 3/95

| Name: Lewis, Charlie | 39904 | Date of Birth: 3/7/32 |
|---|---|---|

| Date | Time | Comments |
|---|---|---|
| 10/23/01 (cont) | | Inmate states he was a cpap deform + needs it. Checked + will fit when he gets back to Juneau. Plan is for him to leave @ 0630 in am. D.O. Stroop + SS Chandler instructed our personal meds for release - Due to amt of dosage change & a MEDICATION copy of current med sheet placed in personal property with meds for current dosages - Inmate will need this for verification with 1/2 way house ——— fp |

20

STATE OF ALAKSA                    DEPARTMENT OF CORRECTIONS

HEALTH CARE PROGRESS NOTES

19                                    LCCC- MEDICAL

| S-Subjective | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|

Name: Davis, Charlie                  399909     Date of Birth: 5.17.32

| DATE | TIME | COMMENTS: |
|---|---|---|
| | | |
| 10/28/02 | | 70 yo male c̄ ASHD S/P CABG X 3 |
| | | ↑ BP, ↑ cholesterol. Has occ |
| | | nose Bleeds, fatigue as gets |
| BP 154/73 | | poor sleep. One episode near-syncope July & August. |
| P - 73 | | Med frome Gem III VR defibrillator |
| R- 12 | | 1-800-557-5544   Dr Belz   206-223-6666 |
| T- 96.7 | | Gets occ aut. substerns CP.   no known |
| Pox - 97-98. | | discharges at this point. |
| | | |
| | | PMH- med -↑BP, ASHD    Sng -Ⓛ Shoulder |
| | | growth, CABG- 1993.    FH- Sm Ⓛ |
| | | Smoke -quit 1987. ETOH- quit 1982.  last PT |
| | | 9/20/02. n 2.9. |
| | | |
| | | O. HEART- ScmoK upper dentures. |
| | | TM Ⓛ growth ↑ |
| | | neck ē ____ |
| | | chest - clear ē cor WBn Ⓣ |
| | | abd Ⓛ |
| | | ext ___ |
| Appt 10-97 | | Ⓛ OK                            Stool for |
| | | P. Protime, Hct, FtCG,   Exhibit Blood Ⓛ |

DOC Policy #807.06A                                    Page ___ of 12



| TE | TIME | COMMENTS: | LCCC-MEDICAL |
|---|---|---|---|
| 28/02 | # 26 | metoprolol 50 BID x 90d | |
| (Cont) | # 13 | zestril 5 qd x 90d | |
| | # 13 | lipitor 20 qd x 90d | |
| | # 3 | ASA 81 q am x 90d | |
| | # 14 | Plavix 75 i qd x 90d | |
| | # 29 | Persixid 30 qd x 90d | |
| | # 72 2mg tabs | Coumadin 4 q AM x 90d | |
| | | noted R. Giese RN | 10.28.02 1620 |
| 29.02 | 1400 | Blister cards with med visual. Rx med bottles returned to LCCC medical for storage until release. # of each med annotated above → CRC. ASA has been refill request → DOC pharm. — R. Giese RN | |
| 29.02 | 1400 | EKG completed, labs to be drawn when AK airlines is flying. — R. Giese RN | |
| 29.02 | 1600 | Hct, PT/INR labs drawn → BRH lab. — R. Giese RN | |
| 30.02 | 1400 | Dr. Thompson notified of PT/INR drawn 10.29. T/M to remain on coumadin 4 mg qd as previously ordered. Dr. Thompson / R. Giese RN | |
| | | noted R. Giese RN 10.30.02 1625 | |
| 10/31/02 | APP #26 | Protime 1 month. Continue Coumadin 4 mg qd x 90d | |
| | | noted R. Giese RN 11.10.02 1255. | |
| /3/02 | 0805 | ASA #30, Metoprolol #30, Coumadin #30, to Glacier Manor, | Blair RN |

| | |
|---|---|
| Name: Davis, Charlie | OBSCIS# 399909 | Date of Birth: 5.17.32 |

DOC Policy #507.06A

EXHIBIT G
PAGE 11 OF 12

Exhibit 8
Page 11 of 12

DEPARTMENT OF CORRECTIONS

# HEALTH CARE PROGRESS NOTES

LCCC- MEDICAL

| Subjective | | O-Objective | A-Assessment | P-Plan |
|---|---|---|---|---|

Name: Davis, Charlie    # 39909    Date of Birth: 5·17·32

| DATE | TIME | COMMENTS: |
|---|---|---|
| 5·02 | 1600 | im health care file arrived from PCC via mail. Combined w/LCCC health care file /S. Hawkins ℞ |
| 21/02 | 1410 | Prevacid #30 tabs, metoprolol #60 tabs sent to Glacier Manor, ~~Bearn~~ |
| 27·02 | 1345 | PT/INR lab drawn → BRH, HCA 48016. R. Juieta RN |
| 27·02 | 1900 | PT/INR results called to Dr. Thompson 1) Alternating dose of Coumadin — Even day 3mg Coumadin daily Odd day 4mg Coumadin daily noted 11·27·02 1930 T.O. Dr. Thompson /S. Hawkins ℞ S Hawkins ℞  2) _____ PA |
| 1·02 | 0700 | im d/chg out of system / — S Hawkins ℞ |
| 03 | 1130 | Medical file → DOC M.R. Anch. — R. Juieta RN |

16