IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR,<br><br>              Plaintiff,<br>vs.<br><br>ZELMAR HYDEN, et al.,<br><br>              Defendants. | Case No. 3:02-cv-00214-JKS<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

_____    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X      **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment at Docket No. 77 is GRANTED. This action is dismissed with prejudice.

APPROVED:

/s/ James K. Singleton, Jr.
  **JAMES K. SINGLETON, JR.**
United States District Judge

| | |
|---|---|
| November 16, 2006<br>Date | IDA ROMACK<br>Clerk<br>REDACTED SIGNATURE<br>(By) Deputy Clerk |