Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZELMAR HYDEN, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:02-CV-214-JKS |

NOTICE OF COST BILL HEARING

Come now defendants Zelmar Hyden and Mel Henry, by and through their attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby give notice that the Cost Bill Hearing will be held on the 29th day of November, 2006, at 9:00 a.m. before Chief Deputy Clerk Ida Romack at the Clerk's Office, U.S. District Court,  222 W. 7th Avenue, Anchorage, Alaska.

Dated this 21st day of November, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL


By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


I certify that on the 21st day of
November, 2006, a copy of the foregoing
Document was served electronically on:

Thomas Matthews
Matthews & Zahare
431 W. 7th Ave, Suite 207
Anchorage, AK  99501

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us


Notice of Cost Bill Hearing
*Davis v. Hyden, et al.*, Case 3:02-cv-214-JKS
Page 2 of 2.