Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ZELMER HYDEN, ET AL, | ) |
| | ) |
| Defendants. | ) |
| | )  Case No. 3:02-cv-214-JKS |

**AFFIDAVIT OF MARILYN J. KAMM**

STATE OF ALASKA          )
                         ) ss.
FIRST JUDICIAL DISTRICT  )

    I, Marilyn J. Kamm, being first duly sworn, depose and state as follows on personal knowledge:

    1.    I am counsel for defendants in the above-referenced matter.

    2.    Exhibit A, p. 1 is a true and correct copy of the invoice in the amount of $1,226.15 sent to me by Glacier Stenographic Reporters Inc. for the

Affidavit of Marilyn J. Kamm
*Davis v. Hyden, et al.*, Case 3:02-cv-214-JKS
Page 1 of 3.

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

deposition of Charlie Davis, Jr. taken May 4, 2006. Exhibit A, p. 2 is a true and correct copy of the Alaska State Accounting System "AKSAS" information showing that the State of Alaska paid this invoice on May 26, 2006, with warrant no. 22120842, and that it was redeemed on June 7, 2006.

3.      Exhibit B, p. 1 is a true and correct copy of the invoice in the amount of $260.65 sent to me by Alaska Stenotype Reporters for the deposition of Roger Hale taken August 25, 2006. Exhibit B, p. 2 is a true and correct copy of the AKSAS data showing that the State of Alaska paid this invoice on September 25, 2006, with warrant no. 22273335, and that it was redeemed on November 1, 2006.

4.      Exhibit C, p. 1 is a true and correct copy of the invoice in the amount of $124.05 sent to me by Alaska Stenotype Reporters for the deposition of Melbourne Henry taken April 28, 2006. Exhibit C, p. 2 is a true and correct copy of the AKSAS data showing that the State of Alaska paid this invoice on June 14, 2006, with warrant no.22141974, and that it was redeemed on June 27, 2006.

5.      Exhibit D, p. 1 is a true and correct copy of the invoice in the amount of $107.40 sent to me by Alaska Stenotype Reporters for the deposition of Henry Luban, M.D., taken April 27, 2006. Exhibit C, p. 2 is a true and correct copy of the AKSAS data showing that the State of Alaska paid this invoice on June 14, 2006, with warrant no. 22141974, and that it was redeemed on June 27, 2006.

6.      Exhibit E, p. 1 is a true and correct copy of the invoice in the amount of $172.60 sent to me by Alaska Stenotype Reporters for the deposition

Affidavit of Marilyn J. Kamm
*Davis v. Hyden, et al.*, Case 3:02-cv-214-JKS
Page 2 of 3.

of Zelmar Hyden., taken April 27, 2006. Exhibit C, p. 2 is a true and correct copy of the AKSAS data showing that the State of Alaska paid this invoice on on June 14, 2006, with warrant no. 22141974, and that it was redeemed on June 27, 2006.

Further this affiant sayeth naught.

Marilyn J. Kamm

SUBSCRIBED AND SWORN TO before me this 21st day of November, 2006.



Notary Public in and for Alaska

My Commission Expires: With office

Affidavit of Marilyn J. Kamm
*Davis v. Hyden, et al.*, Case 3:02-cv-214-JKS
Page 3 of 3.