1921810 - 126



Glacier Stenographic Reporters Inc.
PO Box 32340  Juneau, AK  99803
Ph. 907.789.9028  Fx. 907.789.8076
glaciersteno@gci.net
Tax ID: 92-0167825

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/8/2006 | 2207 |

GSR99106

**BILL TO**

Marilyn J. Kamm, Esq.
Assistant Attorney General
P.O. Box 110300
Juneau, AK  99811



thank you
Your business is sincerely appreciated.

| DUE DATE |
|---|
| 5/8/2006 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | In re: Davis v. Hyden<br>Case No. A02-214 CV | | | 0.00 |
| Reporter Attendance | Deposition of Charlie J. Davis Jr.<br>Taken: 5/4/06, Juneau, AK | 7 | 50.00 | 350.00T |
| Transcript O+1 | | 203 | 4.05 | 822.15T |
| Exhibit Copies | | 116 | 0.25 | 29.00T |
| Securing Signature | | 1 | 25.00 | 25.00T |
| | Reporter: Lynda Batchelor Barker, RDR | | | 0.00 |

Approved for Payment
Date: 5/23/06
Sign. [signature]
CC/ACCT: 03651600
ne

OK to pay
[signature] Grand
for SAP 6/12/06

RECEIVED
MAY 2 5 2006
DEPT. OF LAW
ADMIN. SERVICES

Please reference this invoice number on your check.
Payment is due upon receipt.
Terms: 1.5% after 30 days
We accept all major credit cards!

EXHIBIT  A
PAGE  1  OF  2

| Subtotal | 1,226.15 |
|---|---|
| 0% Tax | |
| **Total** | **1,226.15** |

```
  INQ-WD:  WARRANT DETAIL INQUIRY                    11/21/2006

   WARRANT CLASS  GN - GENERAL           WRT NUMBER  22120842
    ROUTING CODE  MAIL                    STATUS  AW
                  DATE LAST ACTIVITY  06/07/2006
                   SCHED PRINT DATE  05/25/2006
  WRT PRINT AMOUNT         1,226.15    WRT PRINT DATE  05/26/2006
  ACCUM LIAB AMOUNT                    REDEEMED DATE  06/07/2006
                    RECONCILED DATE  06/07/2006

  ADDRESS NAME: GLACIER STENOGRAPHIC REPORTERS, INC.
       L1:
       L2: PO BOX 32340
     CITY/STATE: JUNEAU            AK  99803-2340
 ****************************** BANK DATA
 ******************************
     BANK NUMBER  050
    ACCOUNT NUMBER  2070729001
     CASHED AMOUNT         1,226.15
     REDEEMED DATE  20060607         MICROFILM NUMBER  0607064297977

  ENTER NEW WRT NUM ==> _____ FOR NEXT WARRANT DETAIL

  INQ-WD:  WARRANT DETAIL INQUIRY - REF LINES         11/21/2006
  WARRANT NUMBER 22120842                      OVERFLOW NO
  REF TYPE   NUMBER          AMOUNT     DATE      COMMENT
  (TRUNCATED)
   1 PVN GSR99106                         GLACIER STENOGRAPHIC
   2 ACC SOA LAW                          JUNEAU AGO
   3 INV 2207             1,226.15 05/08/2006 DEPOSITION/TRANSCRIP
   4 CSN A02-214 CV                       DAVIS V HYDEN
   5
   6
   7
   8
   9
  10
  11
  12
  13
  14
  15
  16
  17 SRD 03302                   05/26/2006
  18 OD  AA19218100126            05/26/2006
```

EXHIBIT  A
PAGE 2 OF 2