1960148 (112)

**Alaska Stenotype Reporters**

511 West Ninth Ave.
Anchorage, AK 99501
Ph: 907.276.1680
Fax: 907.276.8016
aksten@acsalaska.net

# Invoice

| Terms | Due Date | Date | Invoice # |
|---|---|---|---|
| Due on receipt | 9/7/2006 | 9/7/2006 | 489 |

ASR 84597

**Bill To**

MARILYN J. KAMM, ESQ.
ATTORNEY GENERAL OFFICE, DEPT OF LAW
PO BOX 110300
JUNEAU, AK 99811

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| Balance Due | $260.65 |
|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Deponent | Assignment Date | Case # | Reporter |
|---|---|---|---|
| ROGER HALE | 08/25/2006 | A02-214CV | SC |

| Item | Description | Pg./Hr. | Rate | Amount |
|---|---|---|---|---|
| R-COPY | ONE COPY | 130 | 1.90 | 247.00 |
| EXHIBITS-SC... | EXHIBITS SCANNED TO DISC | 64 | 0.15 | 9.60 |
| DELIVERY FEE | DELIVERY FEE | 1 | 4.05 | 4.05 |

Davis v. Hyden
A02-214 CV
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
Approved for Payment
Date: 9/18/06
Sign. [signature]
CC/ACCT: 03651600/73756
3207001

RECEIVED
SEP 28 2006
DEPT OF LAW
ADMIN. SERVICES

G#1401 - Corrections

| Balance Outstanding | $260.65 |
|---|---|

| Total | $260.65 |
|---|---|
| Balance Due | $260.65 |

EXHIBIT B
PAGE 1 OF 2    TAX ID # 92-0082177

```
INQ-WD:  WARRANT DETAIL INQUIRY                      11/21/2006

  WARRANT CLASS  GN - GENERAL           WRT NUMBER  22273335
  ROUTING CODE  MAIL                    STATUS  AW
              DATE LAST ACTIVITY  11/01/2006
              SCHED PRINT DATE  09/25/2006
  WRT PRINT AMOUNT        260.65   WRT PRINT DATE  09/25/2006
  ACCUM LIAB AMOUNT                REDEEMED DATE  11/01/2006
              RECONCILED DATE  11/01/2006

ADDRESS NAME: ALASKA STENOTYPE REPORTERS
    L1:
    L2: 511 W 9TH AVE
  CITY/STATE: ANCHORAGE             AK  99501-3520
******************************* BANK DATA
*******************************
  BANK NUMBER  050
  ACCOUNT NUMBER  2070729001
  CASHED AMOUNT        260.65
  REDEEMED DATE  20061101        MICROFILM NUMBER  1101063182956

INQ-WD:  WARRANT DETAIL INQUIRY - REF LINES           11/21/2006
WARRANT NUMBER 22273335                          OVERFLOW NO
REF TYPE   NUMBER         AMOUNT     DATE    COMMENT
(TRUNCATED)
 1 PVN ASR84597                      AK STENOTYPE REPORTE
 2 ACC SOA LAW                       JUNEAU AGO
 3 INV 489               260.65  09/07/2006
 4 CSN 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       260.65      DAVIS V HYDEN
 5 CSN A02-214 CV
 6
 7
 8
 9
10
11
12
13
14
15
16
17 SRD 03302                    09/25/2006
18 OD  AA19605480112             09/25/2006
```

EXHIBIT  B
PAGE 2 OF 2