Alaska Stenotype Reporters

511 West Ninth Ave.
Anchorage, AK 99501

Ph: 907.276.1680
Fax: 907.276.8016
aksten@acsalaska.net

# Invoice

| Terms | Due Date | Date | Invoice # |
|---|---|---|---|
| Due on receipt | 5/19/2006 | 5/19/2006 | 237 |

Bill To

MARILYN J. KAMM, ESQ.
ATTORNEY GENERAL OFFICE, DEPT OF LAW
PO BOX 110300
JUNEAU, AK 99811

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

| Balance Due | $124.05 |
|---|---|

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| Deponent | Assignment Date | Case # | Reporter |
|---|---|---|---|
| MELBOURNE HENRY | 04/28/2006 | A02-0214 | SC |

| Item | Description | Pg./Hr. | Rate | Amount |
|---|---|---|---|---|
| R-COPY | ONE COPY | 59 | 1.90 | 112.10 |
| EXHIBITS-SC... | EXHIBITS SCANNED TO DISC | 53 | 0.15 | 7.95 |
| DELIVERY FEE | DELIVERY FEE | 1 | 4.00 | 4.00 |

APPROVED FOR PAYMENT
DATE: 6/12/06
SIGN: Valerie Robinson
CC/ACCT: 03651600/73083
    6/1/06

RECEIVED
JUN 0 1 2006
DEPT. OF LAW
ADMIN. SERVICES

| Balance Outstanding | $404.05 |
|---|---|

Total  $124.05

Balance Due  $124.05

EXHIBIT C
PAGE 1 OF 2

TAX ID # 92-0082177

```
INQ-WD: WARRANT DETAIL INQUIRY                         11/21/2006

   WARRANT CLASS  GN - GENERAL          WRT NUMBER  22141974
   ROUTING CODE   MAIL                  STATUS  AW
                      DATE LAST ACTIVITY  06/27/2006
                      SCHED PRINT DATE    06/14/2006
   WRT PRINT AMOUNT         404.05   WRT PRINT DATE  06/14/2006
   ACCUM LIAB AMOUNT                 REDEEMED DATE   06/27/2006
                      RECONCILED DATE     06/27/2006

   ADDRESS NAME: ALASKA STENOTYPE REPORTERS
        L1:
        L2: 511 W 9TH AVE
    CITY/STATE: ANCHORAGE         AK  99501-3520
   ***************************** BANK DATA
   *****************************
     BANK NUMBER  050
     ACCOUNT NUMBER  2070729001
      CASHED AMOUNT         404.05
      REDEEMED DATE  20060627      MICROFILM NUMBER  0627063317652

   INQ-WD: WARRANT DETAIL INQUIRY - REF LINES         11/21/2006
   WARRANT NUMBER 22141974                       OVERFLOW NO
   REF TYPE   NUMBER          AMOUNT    DATE    COMMENT
   (TRUNCATED)
    1 PVN ASR84597                      AK STENOTYPE REPORTE
    2 ACC SOA LAW                       JUNEAU CDCO
    3 INV 237              124.05  05/19/2006
    4 INV 239              107.40  05/19/2006
    5 INV 241              172.60  05/19/2006
    6 CSN A02-0214
    7
    8
    9
   10
   11
   12
   13
   14
   15
   16
   17 SRD 03302                   06/14/2006
   18 OD  AA19278520070             06/14/2006
```



EXHIBIT C
PAGE 2 OF 2