Alaska Stenotype Reporters

511 West Ninth Ave.
Anchorage, AK 99501
Ph: 907.276.1680
Fax: 907.276.8016
aksten@acsalaska.net

# Invoice

| Terms | Due Date | Date | Invoice # |
|---|---|---|---|
| Due on receipt | 5/19/2006 | 5/19/2006 | 239 |

**Bill To**

MARILYN J. KAMM, ESQ.
ATTORNEY GENERAL OFFICE, DEPT OF LAW
PO BOX 110300
JUNEAU, AK 99811

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

New e-mail address? Enter here: _____

**Balance Due**  $107.40

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Deponent | Assignment Date | Case # | Reporter |
|---|---|---|---|
| HENRY LUBAN, M.D. | 04/27/2006 | A02-0214 | SC |

| Item | Description | Pg./Hr. | Rate | Amount |
|---|---|---|---|---|
| R-COPY | ONE COPY | 53 | 1.90 | 100.70 |
| EXHIBITS-SC... | EXHIBITS SCANNED TO DISC | 18 | 0.15 | 2.70 |
| DELIVERY FEE | DELIVERY FEE | | 4.00 | 4.00 |

APPROVED FOR PAYMENT
DATE: 4/12/06
SIGN: Laurie Robinson
ACCT: 03651600/73083

RECEIVED
JUN 0 1 2006
DEPT. OF LAW
ADMIN. SERVICES

6/01/06

**Balance Outstanding**   $404.05

**Total**   $107.40

**Balance Due**   $107.40

EXHIBIT  O
PAGE  1  OF  1

TAX ID # 92-0082177