Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ZELMAR HYDEN, ET AL., | ) ) |
| Defendants. | ) ) |
| | ) Case No. A02-214 CV (JKS) |

**OFFER OF JUDGMENT**

Pursuant to Civil Rule 68 of the Federal Rules of Civil Procedure, defendants Hyden and Henry hereby offer to allow entry of judgment for plaintiff in this action for $250.00, inclusive of all costs, attorney's fees, and interest. This is an offer of compromise only and is not to be construed as an admission.

This offer is irrevocable for 10 days. This offer expires if not accepted on or before May 4, 2006.

Dated this 24th day of April, 2006, at Juneau, Alaska.

Offer of Judgment
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 1 of 2.

EXHIBIT B
PAGE 1 OF 2

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Marilyn Kamm
Assistant Attorney General

5  I certify that on April 24, 2006, I
   mailed a true copy of the foregoing
   with first class postage to:

Thomas Matthews
431 W, 7th Avenue, Suite 207
Anchorage, AK 99501

_____
Patricia Bower

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Offer of Judgment
*Davis v. Hyden, et al.*, Case A02-214 CV (JKS)
Page 2 of 2.

EXHIBIT B
PAGE 2 OF 2