Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ZELMAR HYDEN, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | Case No. 3:02-cv-214-JKS |

ORDER OF ATTORNEYS FEES

Defendants' motion for attorneys fees pursuant to 42 U.S.C. 1988 is hereby granted.  The plaintiff's continued litigation of this case, despite his knowledge that he needed an expert witness to make a *prima facie* case, and that he could not find one to support his position, was unreasonable.  Defendants are awarded fees in the amount of $_____.

Dated:_____

_____
James K. Singleton, Jr.
U.S. District Judge