Thomas A. Matthews, ABA No. 8511179
Matthews & Zahare, P.C.
431 West 7th Ave., Suite 207
Anchorage, Alaska 99501
Phone: (907) 276-1516
Facsimile: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Plaintiff Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. A02-0214 CV (JKS) |
| ) | |
| ZELMER HYDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF FILING UNSIGNED AFFIDAVIT**

Plaintiff Charlie Davis, by and through counsel, gives notice of filing the unsigned Affidavit of Charlie Davis, which is being filed in support of Plaintiff's Opposition to Defendants' Motion For Attorney's Fees. Plaintiff has confirmed by telephone that the contents of the Affidavit are true and accurate. Counsel for Plaintiff will file the signed Affidavit upon receipt from Plaintiff.

DATED this 11th day of December 2006, at Anchorage, Alaska.

          MATTHEWS & ZAHARE, P.C.
          Counsel for Plaintiff Davis


          By: s/ Thomas A. Matthews
             Thomas A. Matthews, ABA No. 8511179
             431 West 7th Ave., Suite 207
             Anchorage, Alaska 99501
             Phone:  (907) 276-1516
             Facsimile:  (907) 276-8955
             tom.matthews@matthewszahare.com


<u>CERTIFICATE OF SERVICE</u>

I certify that on 11th day of February 2006
a copy of the foregoing document was
served by electronic mailing to:

Marilyn J. Kamm, Esq.
Assistant Attorney General
State of Alaska, Dept. of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811


s/Thomas A. Matthews

Notice of Filing Unsigned Affidavit
*Davis v. Hyden, et. al.*, Case No.:  A02-0214 CV (JKS)
TAM:jlw\103-2\NotFilingUnsignedAff                                                                                          Page 2 of  2