Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

CHARLIE J. DAVIS, JR.,            )
                                  )
            Plaintiff,            )
                                  )
     vs.                          )
                                  )
ZELMAR HYDEN, ET AL.,             )
                                  )
            Defendants.           )
_____)  Case No. 3:02-cv-214-JKS

**AFFIDAVIT OF ROGER HALE, P.A.**

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

    I, Roger Hale, P.A., after being duly sworn and based upon my personal knowledge state that:,

    1. I am the Institutional Health Care Officer at Palmer Correctional Center and have previously signed an affidavit for use in this lawsuit.

Affidavit of Roger Hale, P.A.
*Davis v. Hyden, et al.*, Case 3:02-cv-214 CV-JKS
Page 1 of 3.

2. Mr. Davis's statement that Palmer Correctional Center "PCC" now has "nursing care provided around the clock" is incorrect. PCC does not have 24 hour nursing care.

3. PCC has the same number of nurses today (four) providing the same number of hours per week that it did when Mr. Davis was here in 2002. However, the work schedule for 2 of the nurses has changed, so that today there are less hours where two nurses are on at one time and more time when one nurse is on duty alone than in 2002. However, there are still seven hours per day without the nursing staff.

4. Correctional officers still distribute medication, although not daily as in 2002. Policy and Procedure 807.05, which pertains to the use of pharmaceutical products, has been in effect since January 18, 2001. Attached as Exhibit A is a true and correct copy of that policy. This policy authorizes the use of the Self-Medication Med-Line, which is a type of self-medication in which a prisoner self-administers medication with the assistance of a Correctional Officer. Just last week correctional officers distributed medication at the med-line because no nursing staff was available.

5. The changes to the nurses' work schedule were not the result of Mr. Davis's lawsuit or grievances.

   Further this affiant sayeth naught.

Affidavit of Roger Hale, P.A.
*Davis v. Hyden, et al.*, Case 3:02-cv-214 CV-JKS
Page 2 of 3.

_____
Roger Hale, P.A.

SUBSCRIBED AND SWORN TO before me this 18th day of December, 2006, at Palmer, Alaska.

_____
Notary Public in and for State of Alaska
My Commission Expires: 4/11/09

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428  FAX: (907) 465-4043

Affidavit of Roger Hale, P.A.
*Davis v. Hyden, et al.*, Case 3:02-cv-214 CV-JKS
Page 3 of 3.