IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ZELMAR HYDEN, ET AL.,<br><br>　　　　　　Defendants. | Case No. 3:02-cv-00214-JKS<br><br><br>O R D E R |

　　　Charles Davis sued Zelmer Hyden and others for violating his civil rights. 42 U.S.C. § 1983. This Court has jurisdiction. 28 U.S.C. § 1343. The Court entered summary judgment in favor of the defendants, and the Clerk entered judgment. Docket Nos. 103; 104. Defendants now move for an award of attorney fees, which is opposed and ripe. Docket Nos. 108 (motion); 111 (opp'n); 113 (reply). The parties agree that before the Court may award a defendant in a civil rights case attorney fees, the Court must first find the action frivolous or brought in bad faith. 42 U.S.C. § 1988. The Court cannot make that determination in this case. The motion at **Docket No. 108** is therefore **DENIED**.

　　　**IT IS SO ORDERED**.

　　　Dated at Anchorage, Alaska, this 19th day of December 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　**JAMES K. SINGLETON, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1