IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

CHARLIE J. DAVIS, JR.,       )
                         )
        Plaintiff,       )
                         )
     vs.               )
                         )
    ZELMAR HYDEN &amp;    )
    MEL HENRY         )
                         )
      Defendants.    )
_____)    Case No. 3:02-cv-00214-JKS

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHALL FOR THE DISTRICT OF ALASKA:

On November 16, 2006, a judgment was entered in the docket of the above-entitled court and action, in favor of

        Zelmar Hyden & Mel Henry
        as Judgment Creditor, and against
        Charlie J. Davis, Jr.
        as Judgment debtor, for
        $_____ principal,
        $_____ attorneys fees
        $_____ interest, and
        $1933.35____ costs, making a total amount of
        $1933.35____ JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:
        $waived____ accrued interest, and
        $_____ accrued costs, making a total of
        $1933.35____ JUDGMENT AS ENTERED

CREDIT must be given for payments and partial satisfactions in the amount of:
        $0.00_____ which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of

$1933.35_____ ACTUALLY DUE ON 4-2-07, the date of the request for issuance of this writ, of which

$1933.35_____ is due on the judgment as entered, and bears interest at (waived)% per annum in the amount of

$(waived)_____ PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.

DATED_____

[SEAL]

MICHAEL D. HALL, CLERK

By: _____
        Deputy Clerk