IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR.,<br>    Plaintiff,<br><br>vs.<br><br>ZELMAR HYDEN &<br>MEL HENRY<br>    Defendants. | Case No. 3:02-cv-00214-JKS<br>**AFFIDAVIT AND REQUEST<br>FOR ISSUANCE OF<br>WRIT OF EXECUTION** |

STATE OF ALASKA    )
            ) SS.
FIRST JUDICIAL DISTRICT )

I, Marilyn J. Kamm hereby state an oath:

1. Judgment for $1933.35 was entered on November 16, 2006 in the docket of the Above entitled court and action, in favor of Zelmar Hyden & Mel Henry As Judgment Creditor Defendants and against Charlie J. Davis, Jr. As Judgment Debtor Plaintiff.

   (IF A REGISTERED JUDGMENT:)
   Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in

   Civil Case No. _____ in the U.S. District Court for the District of _____, and which has become FINAL.

2. I am an attorney for said Judgment Creditor Defendants, and request issuance of a Writ of Execution on the judgment.

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

3. The Judgment Debtor <u>was</u> represented by counsel.

4. The judgment entered <u>was not</u> a Default Judgment.

5. ACCRUED since the entry of judgment are the following sums:

   $ <u>waived</u> accrued interest, computed at _____%
   (Judgments registered under 28. U.S.C. 1963 bear the rate of interest of the District of Origin.

   $_____ accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of:

   $ <u>0.00</u> which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

   $ <u>1933.35</u> ACTUALLY DUE on this date. Of this total, $<u>1933.35</u> is the amount of the original judgment as entered still remaining due and bearing interest at <u>waived</u>% in the amount of $_____ per day from this date.

   *Marilyn J. Kamm*
   Marilyn J. Kamm
   Assistant Attorney General
   Bar No. 7911105

DATED: April 3, 2007

SUBSCRIBED and sworn before me this 3rd day of April, 2007.

_____
Notary Public in and for Alaska
My commission expires with office.

STATE OF ALASKA
Daniel C. Peterson
Notary Public
My Commission Expires With Office.

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION