IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR.,<br>    Plaintiff,<br><br>vs.<br><br>ZELMAR HYDEN &<br>MEL HENRY<br>    Defendants. | Case No. 3:02-cv-00214-JKS<br><br>CREDITOR'S AFFIDAVIT |

I, <u>Zelmar Hyden and Mel Henry</u>, upon oath or affirmation and under penalty of perjury,
 (judgement creditor)
state as follows:
I have obtained a judgment against <u>Charlie J. Davis, Jr.</u>
          (judgment debtor)
In the total amount of $1933.35.
I ☒ will attempt   ☐ have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.383.020:
<u>Description of Property</u>
80% of Alaska Permanent Fund Dividend

<u>I believe the above listed property is not exempt for the following factual reasons:</u>

AS 09.38.030(f): Only 20% of the PFD is exempt pursuant to AS 43.23.065(a).

_4/3/07_
Date

_Marilyn J. Kamm_ (signature)
Creditor's Signature  Bar No. 7911105
Marilyn J. Kamm, Assistant Attorney General
State of Alaska, Department of Law
123 4th Street, Suite 717, Juneau, AK 99801

Subscribed and sworn to or affirmed before me at Juneau, Alaska on _4/3/07_.
                        (date)

_Daniel C. Peterson_ (signature)
Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires _with office_
                     AS 09.68.080(b)

STATE OF ALASKA
Daniel C. Peterson
Notary Public
My Commission Expires With Office.

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT