IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR.,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ZELMAR HYDEN &<br>MEL HENRY<br>　　　　　Defendants. | Case No. 3:02-cv-00214-JKS<br>**AFFIDAVIT AND REQUEST<br>FOR ISSUANCE OF<br>WRIT OF EXECUTION** |
| STATE OF ALASKA<br><br>FIRST JUDICIAL DISTRICT | ) <br>)　SS.<br>) |

I, Marilyn J. Kamm hereby state an oath:

    1.    Judgment for $1933.35 was entered on November 16, 2006 in the docket of the Above entitled court and action, in favor of Zelmar Hyden & Mel Henry
As Judgment Creditor Defendants and against Charlie J. Davis, Jr.
As Judgment Debtor Plaintiff.

          (IF A REGISTERED JUDGMENT:)
Said judgment was registered herein under Title 28, U.S. Code, Section 1963, being a judgment which was obtained in

          Civil Case No. _____ in the U.S. District Court for the District of _____, and which has become FINAL.

    2.    I am an attorney for said Judgment Creditor Defendants, and request issuance of a Writ of Execution on the judgment.

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

3.  The Judgment Debtor <u>was</u> represented by counsel.

4.  The judgment entered <u>was not</u> a Default Judgment.

5.  ACCRUED since the entry of judgment are the following sums:

    $ <u>waived</u> accrued interest, computed at _____ % (Judgments registered under 28. U.S.C. 1963 bear the rate of interest of the District of Origin.

    $_____ accrued costs.

6.  CREDIT must be given for payments and partial satisfaction in the total amount of:

    $ <u>0.00</u> which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of:

    $ <u>1933.35</u> ACTUALLY DUE on this date. Of this total, $<u>1933.35</u> is the amount of the original judgment as entered still remaining due and bearing interest at <u>waived</u>% in the amount of $_____ per day from this date.

*Marilyn J. Kamm*
Marilyn J. Kamm
Assistant Attorney General
Bar No. 7911105

DATED: *April 3, 2007*

SUBSCRIBED and sworn before me this __3rd__ day of __April__, 2007.

*[signature]*
Notary Public in and for Alaska
My commission expires *with office*.

STATE OF ALASKA
Daniel C. Peterson
Notary Public
My Commission Expires With Office.

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION