**STATE OF ALASKA**

**DEPARTMENT OF LAW**
*CRIMINAL DIVISION*



**SARAH PALIN, GOVERNOR**

Mailing:  PO Box 110300
           Juneau, AK 99811-0300
Delivery: 123 4th Street, Ste 717
           Juneau, AK 99801
Phone:    (907) 465-3428
Fax:      (907) 465-4043

April 2, 2007

Clerk of the Court
U.S. Courthouse
222 W. 7th Avenue, Rm. 229
Anchorage, AK 99513

                      Re: Writ of Execution on Permanent Fund Dividend

Dear Sir:

    We have filed a Writ of Execution package for the debtor, Charlie J. Davis, Jr., in Case Number 3:02-cv-00214-JKS. This package contains an Affidavit and Request for Issuance of Writ of Execution, Creditor's Affidavit, and Writ of Execution. Once the writ has been issued, please return the package to me so I can have it served on the Permanent Fund Dividend Division by the Alaska State Troopers.

    Thank you for your assistance in this matter. If you have any questions please feel free to contact me at (907) 465-4048.

                                        Sincerely,

                                        TALIS J. COLBERG
                                        ATTORNEY GENERAL

                          By: *[signature]*
                                        Marilyn J. Kamm
                                        Assistant Attorney General