Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ZELMAR HYDEN, ET AL., | ) ) |
| Defendants. | ) ) ) Case No. 3:02-cv-214-JKS |

**MOTION TO DISBURSE**

Comes now State of Alaska, by and through its attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby requests that this court issue its order directing the Clerk of Court to disburse the $1323.20 that was received as a result of the execution upon the plaintiff's Permanent Fund Dividend for 2007.

Dated this 20th day of February, 2008, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK 99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

I certify that on the 20th day of
February, 2008, a copy of the foregoing &
Proposed order
Document was served electronically on:

Thomas Matthews
Matthews & Zahare
431 W. 7th Ave, Suite 207
Anchorage, AK 99501

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK 99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@alaska.gov

Motion to Disburse
*Davis v. Hyden, et al.*, Case 3:02-cv-214-JKS
Page 2 of 2.