Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendants Hyden
& Henry

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZELMAR HYDEN, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:02-cv-214-JKS |

PROPOSED ORDER TO DISBURSE FUNDS

It is hereby ordered that the Clerk of Court shall disburse the funds of $1323.20 to counsel for the State of Alaska in this case.

Dated:_____

_____
James K. Singleton
United States District Judge