IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| ZELMAR HYDEN, ET AL., | ) ) |
| Defendants. | ) ) |
| _____ | )   Case No. 3:02-cv-214-JKS |

ORDER TO DISBURSE FUNDS

It is hereby ordered that the Clerk of Court shall disburse the funds of $1323.20 to counsel for the State of Alaska in this case.

Dated: February 21, 2008.

　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　　United States District Judge