IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CHARLIE J. DAVIS, JR.,<br>    Plaintiff,<br><br>vs.<br><br>ZELMAR HYDEN &<br>MEL HENRY<br>    Defendants. | )<br>)<br>) Case No. 3:02-cv-00214-JKS<br>)<br>)<br>)<br>)<br>) CREDITOR'S AFFIDAVIT |

I, <u>Zelmar Hyden and Mel Henry</u>, upon oath or affirmation and under penalty of perjury,
  (judgement creditor)
state as follows:
I have obtained a judgment against <u>Charlie J. Davis, Jr.</u>
            (judgment debtor)
In the total amount of $<u>1933.35</u>.
I ☒ will attempt ☐ have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.383.020:
<u>Description of Property</u>
80% of Alaska Permanent Fund Dividend

<u>I believe the above listed property is not exempt for the following factual reasons:</u>

AS 09.38.030(f): Only 20% of the PFD is exempt pursuant to AS 43.23.065(a).

<u>4-1-08</u>          *Marilyn J Kamm*      
Date           Creditor's Signature   Bar No. 7911105
             Marilyn J. Kamm, Assistant Attorney General
             State of Alaska, Department of Law
             123 4th Street, Suite 717, Juneau, AK 99801

Subscribed and sworn to or affirmed before me at Juneau, Alaska on <u>4/1/08</u>.
                     (date)
             *Azucena Frenzel*
             Clerk of Court, Notary Public, or other person authorized to administer oaths.
             My commission expires <u>with office</u>
                     AS 09.68.080(b)

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT

STATE OF ALASKA
OFFICIAL SEAL
Azucena Frenzel
NOTARY PUBLIC
My Commission Expires <u>with office</u>